UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDDIE L. DUKES | * | CIVIL DOCKET NO: |
| | * | |
| VERSUS | * | |
| | * | JUDGE: |
| MARC F. BELANGER, VALARD CONSTRUCTION, L.L.C., and LIBERTY MUTUAL INSURANCE COMPANY | * * * | MAG. JUDGE: |

## CONSENT TO REMOVAL

**NOW COMES** Marc F. Belanger, which hereby confirms that he consented to the removal of this matter to federal court prior to the filing of the removal pleadings.

RESPECTFULLY SUBMITTED,

**BREAZEALE, SACHSE & WILSON, LLP**
One American Place, 23rd Floor
P.O. Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: (225) 387-4000
Fax: (225) 381-8029

/s/ *Alexa Candelora*
Douglas K. Williams, T.A. (#2187)
Alexa Candelora (#39134)
*Counsel for Marc F. Belanger*

4718216