EAST BATON ROUGE PARISH
Filed Aug 23, 2022 1:40 PM
Deputy Clerk of Court
C-722585
32

FREDDIE L. DUKES

**VERSUS**

MARC F. BELANGER, VALARD
CONSTRUCTION, LLC., and
LIBERTY MUTUAL INSURANCE
COMPANY

CASE NO:    DIV:

19th   JUDICIAL   DISTRICT   COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## PETITION FOR DAMAGES

The petition of *Freddie L. Dukes*, a resident of the full age of majority and domiciled in the Parish of East Baton Rouge, State of Louisiana (hereinafter called "Plaintiff") respectfully represents:

1.

*Made Defendants herein:*

A. *Marc F. Belanger,* on information and belief is a resident of the full age of majority and domiciled in the city of Calgary, Alberta, Canada.

B. *Valard Construction, LLC,* on information and belief is a foreign corporation authorized to do and doing business in the State of Louisiana, who may be served through its registered agent for service of process, Corporation Service Company.

C. *Liberty Mutual Insurance Company,* on information and belief is a foreign insurance corporation, organized and existing under the law of a state other than Louisiana, authorized to do and doing business in the State of Louisiana, having authorized the Honorable R. Kyle Ardoin, as its agent for service of process.

2.

*Defendants, Marc F. Belanger Jason, Valard Construction and Liberty Mutual Insurance Company,* are justly and truly indebted to the plaintiff for reasonable damages in the premises, with legal interest thereon from date of judicial demand until paid and for all cost, for the following, to -wit:

3.

On or about September 3, 2021, a vehicle in which the *plaintiff, Freddie L. Dukes,* was a driver, and a vehicle being driven by *defendant, Marc F. Belanger,* were involved in an automobile accident on Oak Villa Blvd., in Baton Rouge, Louisiana.



**EXHIBIT**

A



Certified True and
Correct Copy
CertID: 2022082500027

*Ja'Morica Bowie*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

4.

*Plaintiff, Freddie L. Dukes* was the driver in a vehicle traveling southbound on Oak Villa Blvd., when a truck being driven by the *defendant, Marc F. Belanger* attempted a turning maneuver in front of *plaintiff, Freddie L. Dukes*. *Defendant, Marc F. Belanger,* was driving a truck with metal poles situated on the flatbed of the truck. *Defendant, Marc F. Belanger,* began making a wide right turn into the parking lot of his destination, from Oak Villa Blvd. As *defendant, Marc F. Belanger,* attempted the turn, the metal poles from *defendant, Marc F. Belanger's* truck collided with the vehicle being driven by *plaintiff, Freddie L. Dukes.*

5.

Said accident was due solely to the negligence of *defendant, Marc F. Bellanger,* which negligence consisted particularly, but not absolutely of the following ostensible acts of negligence, to-wit:

A.  **Failing to obey the traffic rules, signs, regulations, ordinances and laws in full force and in effect at the time and place of the accident;**

B.  **Failing to maintain a proper outlook and to see that which he should have seen and to act prudently and diligently after seeing that which he did see, and;**

C.  **Failing to operate his vehicle in a safe and reasonable manner;**

D.  **Failing to take all precautions to avoid this casualty.**

6.

*Plaintiff, Freddie L. Dukes,* alleges that as a result of the negligence of *defendant, Marc F. Belanger,* he has sustained injuries. Plaintiff received medical treatment for the injuries sustained and incurred numerous medical bills incidental thereto. Plaintiff contends that all defendants are indebted unto him for reasonable damages in the premises in connection with injuries and past and present medical expenses.

7.

Based upon information and belief, that *defendant, Marc F. Belanger* was in the course and scope of his employment with *defendant, Valard Construction, LLC. Valard Construction, LLC* is vicariously liable to plaintiff under the doctrine of *Respondeat Superior.*


**Certified True and Correct Copy**
CertID: 2022082600027

*Ja'Norcia Barra*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 8:07 AM

8.

Based upon information and belief, there existed a policy of liability insurance with *Liberty Mutual Insurance Company* covering the vehicle operated by *defendant, Marc F. Belanger* on behalf of *defendant, Valard Construction, LLC* for the types of injuries complained of herein.

9.

*Plaintiff* desires to have this Honorable Court fix the fees of each and every expert witness which plaintiff may be required to use to establish his cause of action and to tax same as cost of court.

10.

Plaintiff avers amicable demand to no avail.

*WHEREFORE, plaintiff, Freddie L. Dukes,* prays that *defendants, Marc F. Belanger, Valard Construction, LLC and Liberty Mutual Insurance Company* be duly cited to appear and answer this petition in the manner prescribed by law and as the law directs; that after all legal delays and due proceedings had, there be judgment herein in favor of the plaintiff and against the defendants, individually and in solido for reasonable damages in the premises, with legal interest thereon from date of judicial demand until paid, and for all costs of court.

And for all general and equitable relief in the premises.

Respectfully Submitted:
Lindsey Scott Law Firm

BY: _Victoria H Langston_

Lindsey J. Scott- Bar Roll #25868
**Victoria H. Langston- Bar Roll#39084**
632 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-2688
Facsimile: (866) 721-4124
Email: info@38scott.com

**PLEASE SERVE:**

**Marc F. Belanger**
*Through Long Arm Service:*
184 Harvest Hills Dr. NE
Calgary, AB
Canada

_Ja'Koricia Barra_

Certified True and
Correct Copy
CertID: 2022082500027

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Valard Construction, LLC**
*Through Its Agent of Service:*
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

**Liberty Mutual Insurance Company**
*Through Its Agent of Service:*
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809



Certified True and
Correct Copy
CertID: 2022062500027

*Ja'Korica Barra*

—————————————————
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate i.e. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Aug 23, 2022 1:40 PM
Deputy Clerk of Court
C-722585
32

| | | |
|---|---|---|
| **FREDDIE L. DUKES** | **CASE NO:** | **SEC:** |
| | | |
| **VERSUS** | **19TH   JUDICIAL DISTRICT COURT** | |
| | **PARISH OF     EAST BATON ROUGE** | |
| **MARC F. BELANGER, VALARD CONSTRUCTION, LLC., and LIBERTY MUTUAL INSURANCE COMPANY** | **STATE OF LOUISIANA** | |

## INTERROGATORIES

TO:   **Marc F. Belanger**
      184 Harvest Hills Dr. NE
      Calgary, AB
      Canada

Now comes Plaintiff *Freddie L. Dukes*, pursuant to Louisiana Code of Civil Procedure, Article 1457 et seq., and propounds the following Interrogatories to be answered properly and fully, under oath, by Defendant **Marc F. Belanger** within thirty (30) days of the date of service.

These Interrogatories are directed to the Defendant; but include inquiry regarding information within the knowledge, possession, custody, or control of the Defendant, his attorney, or anyone else acting on his behalf. Furthermore, these Interrogatories are to be considered continuing, requiring the supplementation of Answers in the event new information is obtained by Defendant, his attorney, or any other person acting on his behalf, subsequent to the time that Defendant's Answers are served upon Plaintiff *Freddie L. Dukes*.

## DEFINITIONS

As used herein, the following words have the following meanings:

1. "Person" or "persons" shall include natural persons, firms, partnerships, associations, joint ventures, corporations, agencies, boards, authorities, commissions, and any other form of legal entity.

2. "Defendant" means Marc F. Belanger, his agents, or representatives, including attorneys.

3. "State", "identify", and "describe" mean to specifically state all complete information known or available to Defendant regarding the person, event, act, item, thing, or document to which reference is made, including; but not limited to, the following:

   (a) In the case of a natural person, to state his full name and present or last known address;

   (b) In the case of a business concern, to state its name and its present or last known address;

   (c) In the case of an item or thing, other than a document, to describe it with particularity as to its characteristics and the name and address of the person presently having control, custody, or possession of it;

1

Certified True and
Correct Copy
CertID: 2022082500028

*Ja'Korica Barva*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

(d) In the case of any act or event, to state the date such occurred, and the name and present or last known address of each person involved or observing same; and

(e) In the case of a document, to state its date, its author, its recipient, or the person for whom it was prepared, if any, the type of document (e.g., letter, memorandum, chart, or other category), its present location, and the custodian thereof. If such document was, but is no longer, in Defendant's possession or control or in existence, state whether it:

i. Is missing or lost;

ii. Has been destroyed;

iii. Has been transferred, voluntarily or involuntarily, to another; or

iv. Has otherwise been disposed of, and, in each instance, explain the attendant circumstances of such disposition, including the date thereof.

4. "Document" means the original and if the original is unavailable, any copy, of all handwritten, printed, typewritten, computer-generated, recorded, graphic, or photographic material of any kind or character, as well as all tapes, discs, non-duplicate copies, and transcripts thereof, now or formerly in the actual or constructive possession, custody, or control, of Defendant, or of his agents or representatives, including attorneys, and without limiting the generality of the foregoing definition, but for the purposes of illustration only, "document" includes notes, drafts, letters, correspondence, telegrams, memoranda, calendars, diaries, records, minutes, contracts, agreements, notations of conversations or conferences, inter-office communications, bulletins, circulars, pamphlets, studies, notices, summaries, reports, books, electronic data processing cards and tapes, teletyped messages, tape recordings, photographs, films, videotapes, physical models, compilations of data, standards, drawings, graphs, charts, tables, financial statements and records, invoices, work sheets, ledgers, and vouchers.

5. "Occurrence" means the vehicular collision involving Freddie L. Dukes, and Marc F. Bellanger, described with particularity in the Complaint.

## INTERROGATORIES

1.    State your full name, social security number, driver's license number, address, home telephone number, current place of employment, job title, employment address, and employment telephone number.

2.    Identify by full name, home address, telephone number, employer, job title, and current place of employment, the owner of the vehicle that you were driving at the time of the incident described in the Petition/Complaint.

3.    Identify by full name, employer, job title, last known address, telephone number, and current place of employment of each person who was riding as a passenger in the vehicle that you were driving at the time of the incident described in the Petition/Complaint.

4.    On the date of the incident alleged, did any insurance company provide any policy or policies of insurance for coverage, whether primary, secondary, or excess, for the nature or type of the damages and injuries as alleged by the Plaintiff in the Petition/Complaint on file herein? If so, please state the name, address, and telephone number of each such insurance company and the limits of each such policy.

5.    Identify by full name, employer, job title, last known address, telephone number, and current place of employment, each and every person who has any knowledge whatsoever, or claims to have any knowledge whatsoever, of any of the circumstances relevant to the incident described in the Petition/Complaint, including the events immediately preceding and/or subsequent thereto.

2



Certified True and Correct Copy
CertID: 2022082500026

Ja'Korica Barra

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6.    Identify by full name, employer, job title, last known address, telephone number, and current place of employment, any person who has investigated the incident described in the Petition/Complaint, whether their investigation was conducted on behalf of the Defendant or not.

7.    For each investigation that has been conducted of the incident described in the Petition/Complaint, provide the following information: the full name, employer, job title, last known address, telephone number, and current place of employment of each and every person who participated in or assisted with the investigation; the date of the investigation; whether a written report was prepared of the investigation; and, if so, the full name, employer, job title, last known address, telephone number, and current place of employment of the author of the report; the date the report was prepared; who has possession of the report; and the current location of the report.

8.    Identify by full name, employer, job title, last known address, telephone number, and current place of employment, each and every person who has prepared any kind of written report relating to the incident described in the Petition/Complaint, whether their report was prepared for the Defendant or not.

9.    For each report that has been prepared relating to the incident, described in the Petition/Complaint, provide the following information: the full name, employer, job title, last known address, telephone number, and current place of employment of the author of the report; the date the report was prepared; who has possession of the report; and the current location of the report.

10.    Identify by full name, employer, job title, last known address, telephone number, and current place of employment, each and every person from whom a statement has been taken that relates in any way to the incident described in the Petition/Complaint, whether their statement was taken by the Defendant or not.

11.    For each statement that relates to the incident described in the Petition/Complaint, provide the following information: the person who gave the statement; the date the statement was taken; by whom the statement was taken; whether the statement was oral, written, or recorded; who has possession of the statement; and the current location of the statement.

12.    Identify by full name, employer, job title, last known address, telephone number, and current place of employment each and every person who has taken any photographs, videotapes, movies, or sound recordings of any of the vehicles involved in the incident described in the Petition/Complaint, or of the area where said incident occurred, whether said photographs, videotapes, movies, or sound recordings were taken on behalf of the Defendant or not.

13.    For each photograph, videotape, movie, or sound recording that has been taken of any of the vehicles involved in the incident described in the Petition/Complaint, or of the area where the incident described in the Petition/Complaint occurred, provide the following: by whom the photograph, videotape, movie, or sound recording was taken; what the photograph, videotape, movie, or sound recording depicts; the date the photograph, videotape, movie, or sound recording was made; who has possession of the photograph, videotape, movie, or sound recording; and the current location of the photograph, videotape, movie, or sound recording.

14.    Do you contend that anyone other than the Plaintiff(s) is in some manner responsible for the incident/damages/injuries alleged? If so, please identify such other person(s), and state each and every fact upon which you base such contention

15.    Do you contend that the Plaintiff(s) was/were negligent in any manner and that such negligence contributed in some manner to the injuries and/or damages alleged? If so, please state each and every fact upon which you base such contention.

3



**Certified True and Correct Copy**
CertID: 2022062500028

Ja'Kovica Barra

_____
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

16.    Do you contend that the Plaintiff assumed the risk of the nature and extent of injuries and/or damages as alleged? If so, please state each and every fact upon which you base such contentions.

17.    Do you contend that the plaintiff has failed to mitigate the damages claimed in any manner? If so, please state each and every fact in support of such contention.

18.    Do you contend that Plaintiff's alleged injuries are the result, or evidence of a prior or pre-existing condition?   If so, please state each and every fact in support of such contention.

19.    Do you contend that the Plaintiff was in fact not injured, or damaged in any manner as a result of the incident complained of? If so, please state each and every fact in support of such contention.

20.    Do you contend that there was a defect a roadway, signage, traffic control device (or lack thereof), or your automobile which caused and/or contributed to the occurrence of the incident as alleged? If so, please state each and every fact in support of such contention.

21.    State the nature of any restrictions on your driver's license, if any (i.e., must wear glasses, etc.).

22.    If you received any citation, ticket or were arrested, please identify for each such citation/ticket/arrest, the alleged infraction, ticket or citation number, relevant statute to have been violated, and the disposition of each (i.e., did you pay the fine imposed, if any? Did you serve time in jail? etc.).

23.    Describe in detail each and every writing in your possession, or that of your attorneys or agents in support of your denial of liability and/or affirmative defenses, by stating the date prepared; title; name, address, and telephone number of the author or preparer or photographer; document numbers; and a description of what each such document portrays or describes. Please note that a claim of attorney-client or work product privilege may protect the contents only, and a description of each document or writing must still be given.

24.    Describe in detail, the nature of any statements made by the Plaintiff at the scene of the incident, if any, and state the name, address, and telephone number of all persons who heard or may have heard such statements, if any.

26.    State the name, address, telephone number, and current place of employment of each and every person that the you, or anyone acting on your behalf, expects to call as an expert witness at the trial of this case; the subject matter upon which the expert is expected to testify; the substance of the facts and opinions to which the expert is expected to testify; and a summary of the grounds for each opinion the expert is expected to express.

27.    Please identify your cell phone carrier/provider name, cell phone number, and account number.

28.    Give a complete statement regarding how you contend that the accident, occurrence, or incident took place, which forms the basis of this suit, including the exact location of the occurrence and the direction in which all operators were proceeding.

4


Certified True and
Correct Copy
CertID: 20220825000028

Ja'Koricia Barra

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Aug 23, 2022 1:40 PM
Deputy Clerk of Court

C-722585
32

**FREDDIE L. DUKES**

**VERSUS**

**MARC F. BELANGER, VALARD
CONSTRUCTION, LLC., and
LIBERTY MUTUAL INSURANCE
COMPANY**

CASE NO:                              SEC:

**19TH  JUDICIAL DISTRICT COURT**

**PARISH OF    EAST BATON ROUGE**

**STATE OF LOUISIANA**

<u>**REQUEST FOR PRODUCTION OF DOCUMENTS**</u>

TO:  Marc F. Belanger
184 Harvest Hills Dr. NE
Calgary, AB
Canada

Now comes Plaintiff Freddie L. Dukes, pursuant to La. C. C. P. 1461 et seq., and requests that Defendant Marc F. Belanger produce for inspection and photocopying the following documents within thirty (15) days from the date of service hereof.

"Defendant" means Marc F. Belanger, his employees, agents, or representatives, including attorneys.

For the purpose of this Request for Production of Documents, "document" means the original or a legible copy of all handwritten, typewritten, computer-generated, recorded, graphic, or photographic material of any kind or character, as well as all tapes, discs, computer files, non-duplicate copies and transcripts thereof, now or formerly in the actual or constructive possession, custody, or control of Defendant or of its agents or representatives (including attorneys), and without limiting the generality of the foregoing definition; but for the purpose of illustration only, "document" includes notes, drafts, letters, correspondence, e-mails, telegrams, memoranda, calendars, diaries, records, minutes, contracts, agreements, notations of conversations or conferences, inter-office communications, bulletins, circulars, pamphlets, studies, notices, summaries, reports, books, electronic data processing cards and tapes, teletyped messages, tape recordings, photographs, drawings, graphs, charts, tables, financial statements and records, invoices, work sheets, ledgers, videotapes, and vouchers.

With respect to any document sought by this Request for Production of Documents that is withheld upon a claim of work product or attorney-client privilege, state for each such document:

(a) The number of the Request to which the document is otherwise responsive;

(b) Its title and general subject matter;

(c) Its date;

(d) The full name, job title, employer, and last known address and phone number of its author;

5



Certified True and
Correct Copy
CertID: 2022082500029

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

(e) The full name, job title, employer, and last known address and phone number of each person for whom it was prepared and/or to whom it was sent;

(f) The full name, job title, employer, and last known address and phone number of every person who has seen the document;

(g) The nature of the privilege claimed; and

(h) The basis for the assertion of privilege.

With regard to any documents sought by this Request for Production of Documents that has been lost, misplaced, or destroyed, state for each such document:

(a) The number of the Request to which the document is responsive;

(b) Its title and general subject matter;

(c) Its date;

(d) The full name, job title, employer, and last known address and phone number of its author;

(e) The full name, job title, employer, and last known address and phone number of each and every person who had possession, custody, and/or control of the document prior to its being lost, misplaced, or destroyed;

(f) The full name, job title, employer, and last known address and phone number of the person who lost, misplaced, or destroyed the document;

(g) The date the document was lost, misplaced, or destroyed;

(h) The reason the document was lost, misplaced, or destroyed; and

(i) If the document was destroyed pursuant to a destruction of records policy:

i. Whether the destruction of records policy was written;

ii. The title and location of the document that contains the destruction of records policy;

iii. Whether any record exists relating to the destruction of the document at issue; and

iv. If a record exists relating to the destruction of the document at issue, the title and location of said record.

This Request for Production of Documents is made as a continuing Request. If any document responsive to this Request for Production of Documents comes into the possession, custody, or control of Defendant or any of his employees, agents, or representatives, including attorneys, at any time subsequent to the filing of the Response to this Request; but prior to the trial of this matter, such document should be promptly provided to Plaintiff's attorney.

6



Certified True and
Correct Copy
CertID: 2022082500029

Ja'Korcia Baena

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

### REQUESTS FOR PRODUCTION OF DOCUMENTS

(1)   Please produce a copy of all policies of insurance, primary, secondary, and/or excess, indicating insurance coverage which may be applicable to cover any potential claims against the Defendant with respect to the incident.

(2)   Any and all statements, whether oral, written, or recorded, and/or whether signed or unsigned, that have been taken of the Plaintiff or Defendant concerning the incident described in the Complaint/Petition and/or the events either immediately prior to or subsequent thereto, whether the statement was taken on behalf of the Plaintiff or Defendant, or not.

(3) Any and all statements, whether oral, written, or recorded and/or whether signed or unsigned that have been taken from any person who has any knowledge whatsoever or claims to have any knowledge whatsoever of the incident described in the Complaint/Petition and/or the events either immediately prior or subsequent thereto, whether the statement was taken on behalf of the Defendant or not.

(4) Any and all reports that are related in any way to the incident described in the Complaint/Petition, whether the report was prepared by the Defendant or not.

(5) Any and all documents that relate in any way to any investigation that has been conducted of the incident described in the Complaint/Petition, whether the investigation was conducted on behalf of the Defendant or not.

(6) Any and all notes, whether written or recorded, that relate in any way to any statements taken from any person who has any knowledge whatsoever or claims to have any knowledge whatsoever of the incident described in the Complaint/Petition and/or the events immediately prior or subsequent thereto.

(7) Any and all photographs, videotapes, movies, or sound recordings of the motor vehicles involved in the incident described in the Complaint/Petition and/or the area where the incident described in the Complaint/Petition occurred, whether the photographs, videotapes, movies, or sound recordings were taken on behalf of the Defendant or not.

(8) Any and all photographs, videotapes, movies, or sound recordings of the Plaintiff or Defendant involved in the incident described in the Complaint/Petition, including; but not limited to, any injuries suffered by the Plaintiff or Defendant in that incident.

(9) All written communications, which relate to the incident and/or Plaintiff's alleged injuries, between the Plaintiff and any party to this action or to a third-party.

(10) All documents, including any applications, notices, proofs of loss, reports or writings, sent or submitted by or on behalf of the Defendant, or by said Defendant's agents, servants or employees, to any insurance company, or any agent, broker, adjuster, or investigator of any insurance company, which relate in any manner to the incident and/or injury.

7



Certified True and
Correct Copy
CertID: 2022082500029

Ja'Koriea Banks

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent mailing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

(11) All documents received by the Defendant, or by said Defendant's agents, servants or employees, from any insurance company, which relate in any manner to the incident and/or injury.

(12) All documents evidencing, describing, pertaining or relating to the Defendant's conviction of any crime, including felonies and misdemeanors, within the last ten (10) years.

(13) Any and all document evidencing, describing, pertaining or relating to whether any entity or person, including but not limited to the Plaintiff and the Defendant, violated any local state or federal codes, regulations, ordinances or standards which caused or contributed to cause the incident.

(14) Any and all documents evidencing, describing, pertaining or relating to the allegations contained in the Defendant's Answer and Affirmative Defenses, as set out in the Defendant's Answer to the Complaint/Petition.

(15) Any and all documents evidencing, describing, pertaining or relating to how the incident occurred.

(16) Any and all documents evidencing, describing, pertaining or relating to the names and most current known addresses of each and every witness to the incident.

(17) Any and all documents evidencing, describing, pertaining or relating to the names and most current known addresses of each and every person having knowledge of any discoverable matter in this action.

(18) Any and all documents evidencing, describing, pertaining or relating to the facts and circumstances surrounding the incident, including, but not limited to, everything the Defendant did in the 60 seconds immediately preceding the incident, everything the Defendant was doing at the time of the incident, and everything the Defendant did in the 20 seconds immediately after the incident.

(19) Any and all documents evidencing, describing, pertaining or relating to where the Defendant had been at any time during the eight (8) hours preceding the incident.

(20) Any and all documents evidencing, describing, pertaining or relating to whether the Plaintiff's conduct caused or contributed to causing the incident.

(21) Any and all documents evidencing, describing, pertaining or relating to whether the Plaintiff was negligent at or before the time of the incident, and whether said negligence caused or contributed to cause the incident.

(22) Any and all documents evidencing, describing, pertaining or relating to Defendant's ultimate destination (e.g., home, work, school, etc.) prior to becoming involved in the incident.

(23) Copies of any and all citations, warnings and/or tickets issued to the Defendant in connection with the incident.

8



Certified True and
Correct Copy
CertID: 2022082500029

*Ja'Korica Barra*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and enforcement re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

(24) A copy of the front and back Defendant's motor vehicle license.

(25) Any and all documents of any nature or kind whatsoever that any expert witness employed by the Defendant and/or anyone acting on his behalf expects to rely upon in expressing any opinion in this case.

(26) Any and all reports, including, but not limited to, preliminary reports prepared by any expert witness retained by Defendant and/or anyone acting on his behalf that relates in any way to this case.

(27) Any and all cellular telephone records listed in your name, individually and/or jointly with any other or others, showing the call history of the date of the alleged accident, described in the Plaintiff's petition for damages.

(28) Any and all documents which the Defendant intends to introduce as evidence at the trial of this matter.

(29) Please produce copies of any and all surveillance films you may have in your possession that were taken of the defendant in this cause of action.

Respectfully Submitted:

BY: _____

Lindsey J. Scott-Bar Roll # 25868
**Victoria H. Langston- Bar Roll # 39084**
632 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 387-2688
Facsimile: (866) 721-4124
Email: info@38scott.com

9



Certified True and
Correct Copy
CertID: 2022062500029

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH     C-722585
Filed Aug 23, 2022 1:40 PM          32
Deputy Clerk of Court

FREDDIE L. DUKES                    CASE NO:                    SEC:

                                    19TH  JUDICIAL DISTRICT COURT

VERSUS                              PARISH OF   EAST BATON ROUGE

MARC F. BELANGER, VALARD
CONSTRUCTION, LLC., and
LIBERTY MUTUAL INSURANCE
COMPANY                             STATE OF LOUISIANA

## REQUEST FOR ADMISSIONS

TO:  Marc F. Belanger
     184 Harvest Hills Dr. NE
     Calgary, AB
     Canada

Plaintiff, **Freddie L. Dukes**, in accordance with the provisions of the Louisiana Code of Civil Procedure Article 1466, et seq., requests that the above named defendant admit the truth of the following facts, within fifteen (15) days, after receipt of this request.

1.   On September 3, 2021, Defendant was the driver of a vehicle involved in a car motor vehicle collision with vehicles driven by Freddie L. Dukes and Marc. F. Balanger.

2.   At the time of the collision, Defendant was traveling southbound on Oak Villa Blvd. in East Baton Rouge Parish, Louisiana.

3.   Immediately prior to the collision, the vehicle driven by Plaintiff was going straight on southbound on Oak Villa Blvd East Baton Rouge Parish, Louisiana.

4.   Immediately prior to the collision, you made a right hand turn off of Oak Villa Blvd.

5. No other person caused and/or contributed to the collision between Defendant and the vehicle driven by Freddie L. Dukes.

6. No other person caused and/or contributed to the collision between the vehicle driven by third party and the vehicle driven by plaintiff.

7. The subject collision was caused by the sole negligence of Defendant.

8. You have no evidence that any act and/or omission of Plaintiff caused or contributed to the subject collision.

9. You have no evidence that any act and/or omission of the third party stopped behind the plaintiff caused or contributed to the subject collision.

10. Plaintiff was injured as a proximate result of the subject collision.

11. At the time of the collision, there were no unusual or emergency conditions on the road.

12. You had a policy of liability insurance with defendant, Liberty Mutual Insurance Company covering the vehicle in which you were driving on September 3, 2021.

10



Certified True and
Correct Copy
CertID: 2022082500030

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent refiling of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

13. You were in the course and scope of your employment with Valard Construction, LLC at the time of the accident.

Respectfully Submitted:

BY: _____

Lindsey J. Scott- Bar Roll # 25868
Victoria H. Langston- Bar Roll # 39084
632 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 387-2688
Facsimile: (866) 721-4124
Email: info@38scott.com

11

Certified True and
Correct Copy
CertID: 2022082500030

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

EAST BATON ROUGE PARISH
Filed Aug 23, 2022 1:40 PM
Deputy Clerk of Court

C-722585
32

FREDDIE L. DUKES

CASE NO:          646,731  SEC:   24

VERSUS

19TH  JUDICIAL DISTRICT COURT

PARISH OF   EAST BATON ROUGE

DEFENDANT

STATE OF LOUISIANA

## INTERROGATORIES

TO:   Liberty Mutual Insurance Company

Now comes Plaintiff Freddie L. Dukes, pursuant to Louisiana Code of Civil Procedure, Article 1457 et seq., and propounds the following Interrogatories to be answered properly and fully, under oath, by Defendant Liberty Mutual Insurance Company within thirty (15) days of the date of service.

These Interrogatories are directed to the Defendant, but include inquiry regarding information within the knowledge, possession, custody, or control of the Defendant, his attorney, or anyone else acting on his behalf. Furthermore, these Interrogatories are to be considered continuing, requiring the supplementation of Answers in the event new information is obtained by Defendant, his attorney, or any other person acting on his behalf, subsequent to the time that Defendant's Answers are served upon Plaintiff Freddie L. Dukes .

## DEFINITIONS

As used herein, the following words have the following meanings:

1. "Person" or "persons" shall include natural persons, firms, partnerships, associations, joint ventures, corporations, agencies, boards, authorities, commissions, and any other form of legal entity.

2. "Defendant" means Liberty Mutual Insurance Company, its agents, or representatives, including attorneys.

3. "State", "identify", and "describe" mean to specifically state all complete information known or available to Defendant regarding the person, event, act, item, thing, or document to which reference is made, including, but not limited to, the following:

(a) In the case of a natural person, to state his full name and present or last known address;

(b) In the case of a business concern, to state its name and its present or last known address;

(c) In the case of an item or thing, other than a document, to describe it with particularity as to its characteristics and the name and address of the person presently having control, custody, or possession of it;

(d) In the case of any act or event, to state the date such occurred, and the name and present or last known address of each person involved or observing same; and

(e) In the case of a document, to state its date, its author, its recipient, or the person for whom it was prepared, if any, the type of document (e.g., letter, memorandum, chart, or other category), its present location, and the custodian thereof. If such document was, but is no longer, in Defendant's possession or control or in existence, state whether it:

12

Certified True and
Correct Copy
CertID: 2022062500031

Ja'Korica Barna

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent mutilation of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

i. Is missing or lost;

ii. Has been destroyed;

iii. Has been transferred, voluntarily or involuntarily, to another; or

iv. Has otherwise been disposed of, and, in each instance, explain the attendant circumstances of such disposition, including the date thereof.

4. "Document" means the original and if the original is unavailable, any copy, of all handwritten, printed, typewritten, computer-generated, recorded, graphic, or photographic material of any kind or character, as well as all tapes, discs, non-duplicate copies, and transcripts thereof, now or formerly in the actual or constructive possession, custody, or control, of Defendant, or of his agents or representatives, including attorneys, and without limiting the generality of the foregoing definition, but for the purposes of illustration only, "document" includes notes, drafts, letters, correspondence, telegrams, memoranda, calendars, diaries, records, minutes, contracts, agreements, notations of conversations or conferences, inter-office communications, bulletins, circulars, pamphlets, studies, notices, summaries, reports, books, electronic data processing cards and tapes, teletyped messages, tape recordings, photographs, films, videotapes, physical models, compilations of data, standards, drawings, graphs, charts, tables, financial statements and records, invoices, work sheets, ledgers, and vouchers.

## INTERROGATORIES

1.     State your full name current place of employment, job title, employment address, of the natural person or person, answering these interrogatories on behalf of defendant.

2.     Identify by full name, home address, telephone number, employer, job title, and current place of employment, the owner of the vehicle that the defendant, Marc F. Belanger, was driving at the time of the incident described in the Petition/Complaint.

3.     Identify by full name, employer, job title, last known address, telephone number, and current place of employment, each and every person who was riding as a passenger in the vehicle the defendant, Marc F. Belanger, driving at the time of the incident described in the Petition/Complaint.

4.     On the date of the incident alleged, did any insurance company, other than the named the defendants named herein, provide any policy or policies of insurance for coverage, whether primary, secondary, or excess, for the nature or type of the damages and injuries as alleged by the Plaintiff in the Petition/Complaint herein? If so, please state the name, address, and telephone number of each such insurance company and the limits of each such policy.

5.     Identify by full name, employer, job title, last known address, telephone number, and current place of employment, each and every person who has any knowledge, or claims to have any knowledge, of any of the circumstances relevant to the incident described in the Petition, as well as the events immediately preceding and/or subsequent thereto.

6.     Identify by full name, employer, job title, last known address, telephone number, and current place of employment, any person who has investigated the incident described in the Petition/Complaint, whether their investigation was conducted on behalf of the Defendant or not.

7.     For each investigation that has been conducted of the incident described in the Petition/Complaint, provide the following information: the full name, employer, job title, last known address, telephone number, and current place of employment of each and every person who participated in or assisted with the investigation; the date of the investigation; whether a written report was prepared of the investigation; and, if so, the full name, employer, job title, last known address, telephone number, and current place of

13


Certified True and
Correct Copy
CertID: 2022082500031

*Ja'Koricia Barna*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

employment of the author of the report; the date the report was prepared; who has possession of the report; and the current location of the report.

8.    Identify by full name, employer, job title, last known address, telephone number, and current place of employment, each and every person who has prepared any kind of written report relating to the incident described in the Petition/Complaint, and whether their report was prepared for the Defendant or not.

9.    For each report that has been prepared relating to the incident described in the Petition/Complaint, provide the following information: the full name, employer, job title, last known address, telephone number, and current place of employment of the author of the report; the date the report was prepared; who has possession of the report; and the current location of the report.

10.    Identify by full name, employer, job title, last known address, telephone number, and current place of employment each and every person from whom a statement has been taken that relates in any way to the incident described in the Petition/Complaint, whether their statement was taken by the Defendant or not.

11.    For each statement that relates to the incident described in the Petition/Complaint, provide the following information: the person who gave the statement; the date the statement was taken; by whom the statement was taken; whether the statement was oral, written, or recorded; who has possession of the statement; and the current location of the statement.

12.    Identify by full name, employer, job title, last known address, telephone number, and current place of employment each and every person who has taken any photographs, videotapes, movies, or sound recordings of any of the vehicles involved in the incident described in the Petition/Complaint or of the area where said incident occurred, whether said photographs, videotapes, movies, or sound recordings were taken on behalf of any Defendant or not.

13.    For each photograph, videotape, movie, or sound recording that has been taken of any of the vehicles involved in the incident described in the Petition/Complaint or of the area where the incident described in the Petition/Complaint occurred, provide the following: by whom the photograph, videotape, movie, or sound recording was taken; what the photograph, videotape, movie, or sound recording depicts; the date the photograph, videotape, movie, or sound recording was made; who has possession of the photograph, videotape, movie, or sound recording; and the current location of the photograph, videotape, movie, or sound recording.

14.    Do you contend that anyone other than the Plaintiff(s) is in some manner responsible for the incident/damages/injuries alleged? If so, please identify such other person(s) and state each and every fact upon which you base such contention

15.    Do you contend that the Plaintiff(s) was/were negligent in any manner and that such negligence contributed in some manner to the injuries and/or damages alleged? If so, please state each and every fact upon which you base such contention.

16.    Do you contend that the Plaintiff assumed the risk of the nature and extent of injuries and/or damages as alleged? If so, please state each and every fact upon which you base such contentions.

17.    Do you contend that the plaintiff has failed to mitigate the damages claimed in any manner? If so, please state each and every fact in support of such contention.

18.    Do you contend that Plaintiff was suffering from a prior or pre-existing condition which has been aggravated in any manner by the incident complained of? If so, please state each and every fact in support of such contention.

14



Certified True and
Correct Copy
CertID: 2022082500031

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

19.     Do you contend that the Plaintiff was in fact not injured or damaged in any manner as a result of the incident complained of? If so, please state each and every fact in support of such contention.

20.     Do you contend that there was a defect in the road upon which the defendant, Marc F. Belanger, was traveling at the time of the incident alleged or, in your automobile, which caused and/or contributed to the occurrence of the incident as alleged? If so, please state each and every fact in support of such contention.

21.     State the nature of any restrictions on the defendant, Marc F. Belanger your driver's license, if any (i.e., must wear glasses, etc.).

22.     If as a result of the incident alleged, the the defendant Marc F. Belanger, received any citation, ticket or was arrested, please state the reasons for each such citation/ticket/arrest and further state the disposition of each (i.e., fine paid, if any? Serve time in jail? etc.).

23.     Describe in detail each and every writing in your possession or that of your attorneys or agents in support of your denial of liability and/or affirmative defenses, by stating the date prepared; title; name, address, and telephone number of the author or preparer or photographer; document numbers; and a description of what each such document portrays or describes. Please note that a claim of attorney-client or work product privilege may protect the contents only, and a description of each document or writing must still be given.

24.     Describe in detail the nature of any statements made by the Plaintiff at the scene of the incident, if any, and state the name, address, and telephone number of all persons who heard or may have heard such statements, if any.

26.     State the name, address, telephone number, and current place of employment of each and every person that the Defendant or anyone acting on his behalf expects to call as an expert witness at the trial of this case; the subject matter upon which the expert is expected to testify; the substance of the facts and opinions to which the expert is expected to testify; and a summary of the grounds for each opinion the expert is expected to express.

27.     Give a complete statement of the facts as to how you contend that the occurrence took place including the exact location of the occurrence and the direction in which all operators were proceeding.

Respectfully Submitted:

BY: _____
Lindsey J. Scott-Bar Roll # 25868
Victoria H. Langston- Bar Roll # 39084
632 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 387-2688
Facsimile: (866) 721-4124
Email: info@38scott.com

15

Certified True and
Correct Copy
CertID: 2022082500031

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH  C-722585
Filed Aug 23, 2022 1:40 PM       32
Deputy Clerk of Court

| FREDDIE L. DUKES | CASE NO: | SEC: |
|---|---|---|

| VERSUS | 19TH  JUDICIAL DISTRICT COURT |
|---|---|
| | PARISH OF     EAST BATON ROUGE |

| MARC F. BELANGER, VALARD CONSTRUCTION, LLC., and LIBERTY MUTUAL INSURANCE COMPANY | |
|---|---|
| | STATE OF LOUISIANA |

### REQUEST FOR PRODUCTION OF DOCUMENTS

**TO:    Liberty Mutual Insurance Company**

Now comes Plaintiff   Freddie L. Dukes, pursuant to La. C. C. P. 1461 et seq., and requests that Defendant Marc F. Belanger produce for inspection and photocopying the following documents within thirty (30) days from the date of service hereof.

"Defendant" means Liberty Mutual Insurance Company, his employees, agents, or representatives, including attorneys.

For the purpose of this Request for Production of Documents, "document" means the original or a legible copy of all handwritten, typewritten, computer-generated, recorded, graphic, or photographic material of any kind or character, as well as all tapes, discs, computer files, non-duplicate copies and transcripts thereof, now or formerly in the actual or constructive possession, custody, or control of Defendant or of its agents or representatives (including attorneys), and without limiting the generality of the foregoing definition; but for the purpose of illustration only, "document" includes notes, drafts, letters, correspondence, e-mails, telegrams, memoranda, calendars, diaries, records, minutes, contracts, agreements, notations of conversations or conferences, inter-office communications, bulletins, circulars, pamphlets, studies, notices, summaries, reports, books, electronic data processing cards and tapes, teletyped messages, tape recordings, photographs, drawings, graphs, charts, tables, financial statements and records, invoices, work sheets, ledgers, videotapes, and vouchers.

With respect to any document sought by this Request for Production of Documents that is withheld upon a claim of work product or attorney-client privilege, state for each such document:

(a) The number of the Request to which the document is otherwise responsive;

(b) Its title and general subject matter;

(c) Its date;

(d) The full name, job title, employer, and last known address and phone number of its author;

(e) The full name, job title, employer, and last known address and phone number of each

16



Certified True and
Correct Copy
CertID: 2022082500032

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

person for whom it was prepared and/or to whom it was sent;

(f) The full name, job title, employer, and last known address and phone number of every person who has seen the document;

(g) The nature of the privilege claimed; and

(h) The basis for the assertion of privilege.

With regard to any documents sought by this Request for Production of Documents that has been lost, misplaced, or destroyed, state for each such document:

(a) The number of the Request to which the document is responsive;

(b) Its title and general subject matter;

(c) Its date;

(d) The full name, job title, employer, and last known address and phone number of its author;

(e) The full name, job title, employer, and last known address and phone number of each and every person who had possession, custody, and/or control of the document prior to its being lost, misplaced, or destroyed;

(f) The full name, job title, employer, and last known address and phone number of the person who lost, misplaced, or destroyed the document;

(g) The date the document was lost, misplaced, or destroyed;

(h) The reason the document was lost, misplaced, or destroyed; and

(i) If the document was destroyed pursuant to a destruction of records policy:

i. Whether the destruction of records policy was written;

ii. The title and location of the document that contains the destruction of records policy;

iii. Whether any record exists relating to the destruction of the document at issue; and

iv. If a record exists relating to the destruction of the document at issue, the title and location of said record.

This Request for Production of Documents is made as a continuing Request. If any document responsive to this Request for Production of Documents comes into the possession, custody, or control of Defendant or any of his employees, agents, or representatives, including attorneys, at any time subsequent to the filing of the Response to this Request, but prior to the trial of this matter, such document should be promptly provided to Plaintiff's attorney

17



Certified True and
Correct Copy
CertID: 2022082500032

*Ja'Korica Barra*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

## REQUESTS FOR PRODUCTION OF DOCUMENTS

(1)   Please produce a copy of all policies of insurance, primary, secondary, and/or excess, indicating insurance coverage which may be applicable to cover any potential claims against the Defendant, Marc F. Belanger, with respect to the incident.

(2)   Any and all statements, whether oral, written, or recorded, and/or whether signed or unsigned, that have been taken of the Plaintiff or Defendant, Marc F. Belanger, concerning the incident described in the Complaint/Petition and/or the events either immediately prior to or subsequent thereto, whether the statement was taken on behalf of the Plaintiff or Defendant, or not.

(3) Any and all statements, whether oral, written, or recorded and/or whether signed or unsigned that have been taken from any person who has any knowledge whatsoever or claims to have any knowledge whatsoever of the incident described in the Complaint/Petition and/or the events either immediately prior or subsequent thereto, whether the statement was taken on behalf of the Defendants or not.

(4) Any and all reports that are related in any way to the incident described in the Complaint/Petition, whether the report was prepared by the Defendants or not.

(5) Any and all documents that relate in any way to any investigation that has been conducted of the incident described in the Complaint/Petition, whether the investigation was conducted on behalf of the Defendants or not.

(6) Any and all notes, whether written or recorded, that relate in any way to any statements taken from any person who has any knowledge whatsoever or claims to have any knowledge whatsoever of the incident described in the Complaint/Petition and/or the events immediately prior or subsequent thereto.

(7) Any and all photographs, videotapes, movies, or sound recordings of the motor vehicles involved in the incident described in the Complaint/Petition and/or the area where the incident described in the Complaint/Petition occurred, whether the photographs, videotapes, movies, or sound recordings were taken on behalf of the Defendants or not.

(8) Any and all photographs, videotapes, movies, or sound recordings of the Plaintiff or Defendant, Marc F. Belanger,   involved in the incident described in the Complaint/Petition, including, but not limited to, any injuries suffered by the Plaintiff or Defendant in that incident.

(9) All written communications, which relate to the incident and/or Plaintiff's alleged injuries, between the Plaintiff and any party to this action or to a third-party.

(10) All documents, including any applications, notices, proofs of loss, reports or writings, sent or submitted by or on behalf of the Defendant, Marc F. Belanger,   or by said Defendants agents, servants or employees, to any insurance company, or any agent, broker, adjuster, or investigator of any insurance company, which relate in any manner to the incident and/or injury.

18



Certified True and
Correct Copy
CertID: 2022082500032

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

(11) All documents received by the Defendant, Marc F. Belanger, or by said Defendant's agents, servants or employees, from any insurance company, which relate in any manner to the incident and/or injury.

(12) All documents evidencing, describing, pertaining or relating to the Defendant's conviction of any crime, including felonies and misdemeanors, within the last ten (10) years.

(13) Any and all document evidencing, describing, pertaining or relating to whether any entity or person, including but not limited to the Plaintiff and the Defendant, violated any local state or federal codes, regulations, ordinances or standards which caused or contributed to cause the incident.

(14) Any and all documents evidencing, describing, pertaining or relating to the allegations contained in the Defendants' Answer and Affirmative Defenses, as set out in the Defendant's Answer to the Complaint/Petition.

(15) Any and all documents evidencing, describing, pertaining or relating to how the incident occurred.

(16) Any and all documents evidencing, describing, pertaining or relating to the names and most current known addresses of each and every witness to the incident.

(17) Any and all documents evidencing, describing, pertaining or relating to the names and most current known addresses of each and every person having knowledge of any discoverable matter in this action.

(18) Any and all documents evidencing, describing, pertaining or relating to the facts and circumstances surrounding the incident, including, but not limited to, everything the Defendant, Marc F. Belanger   did in the 60 seconds immediately preceding the incident, everything the Defendant was doing at the time of the incident, and everything the Defendant did in the 20 seconds immediately after the incident.

(19) Any and all documents evidencing, describing, pertaining or relating to where the Defendant had been at any time during the eight (8) hours preceding the incident.

(20) Any and all documents evidencing, describing, pertaining or relating to whether the Plaintiff's conduct caused or contributed to causing the incident.

(21) Any and all documents evidencing, describing, pertaining or relating to whether the Plaintiff was negligent at or before the time of the incident, and whether said negligence caused or contributed to cause the incident.

(22) Any and all documents evidencing, describing, pertaining or relating to Defendant, Marc F. Belanger's,   ultimate destination (e.g., home, work, school, etc.) prior to becoming involved in the incident.

(23) Copies of any and all citations, warnings and/or tickets issued to the Defendant in

19



Certified True and
Correct Copy
CertID: 2022082500032

*Ja'Norica Barra*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

connection with the incident.

(24) A copy of the front and back Defendant, Marc F. Belanger's, motor vehicle license.

(25) Any and all documents of any nature or kind whatsoever that any expert witness employed by the Defendant and/or anyone acting on his behalf expects to rely upon in expressing any opinion in this case.

(26) Any and all reports, including, but not limited to, preliminary reports prepared by any expert witness retained by Defendant and/or anyone acting on his behalf that relates in any way to this case.

(27)  Any and all cellular telephone records listed in your name, individually and/or jointly with any other or others, showing the call history of the date of the alleged accident, described in the Plaintiff's petition for damages.

(28) Any and all documents which the Defendant intends to introduce as evidence at the trial of this matter.

(29) Please produce copies of any and all surveillance films you may have in your possession that were taken of the defendant in this cause of action.

Respectfully Submitted:

BY: _____

Lindsey J. Scott-Bar Roll # 25868
Victoria H. Langston- Bar Roll # 39084
632 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 387-2688
Facsimile: (866) 721-4124
Email: info@38scott.com

20


Certified True and
Correct Copy
CertID: 2022082500032

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Aug 23, 2022 1:40 PM
Deputy Clerk of Court

C-722585
32

FREDDIE L. DUKES                    CASE NO:                              SEC:

                                    19TH  JUDICIAL DISTRICT COURT

VERSUS                              PARISH OF    EAST BATON ROUGE

MARC F. BELANGER, VALARD
CONSTRUCTION, LLC., and
LIBERTY MUTUAL INSURANCE
COMPANY                             STATE OF LOUISIANA

## INTERROGATORIES

TO:    Valard Construction, LLC
       through their attorney of record:

Now comes Plaintiff Freddie L. Dukes, pursuant to Louisiana Code of Civil Procedure,
Article 1457 et seq., and propounds the following Interrogatories to be answered properly
and fully, under oath, by Defendant Valard Construction, LLC within thirty (30) days of the
date of service.

These Interrogatories are directed to the Defendant; but include inquiry regarding
information within the knowledge, possession, custody, or control of the Defendant, his
attorney, or anyone else acting on his behalf. Furthermore, these Interrogatories are to be
considered continuing, requiring the supplementation of Answers in the event new
information is obtained by Defendant, his attorney, or any other person acting on his
behalf, subsequent to the time that Defendant's Answers are served upon Plaintiff
Freddie L. Dukes.

## DEFINITIONS

(a) As used in this Notice, the term "document" means, without limitation, the following
items, whether printed or recorded or reproduced by any other mechanical process, or
written or produced by hand; agreements, communications, state and federal
governmental hearings and reports, correspondence, telegrams, memoranda, summaries
or records of telephone conversations, summaries or records of personal conversations or
interviews, diaries, graphs, reports, notebooks, note charts, plans, drawings, sketches,
maps, summaries or records of meetings or conferences, summaries or reports of
investigations or negotiations, opinions or reports of consultants, radiographs,
photographs, motion picture film, brochures, pamphlets, advertisements, circulars, press
releases, drafts, letters, any marginal comments appearing on any document, and all other
writings, all originals and all copies not identical to the original or to each other; all drafts;
two writings of any kind; tapes, computer discs, CD Rom, CD-R, CD-RW, DVD, microfilm,
microfiche, raster bitmaps, magneto optical (MO) disks, electronic images and associated
indexing data, Write Once Read Many (WORM) laser disks; or any other form of
photographically or electronically, digitally, magnetically impulsed, or otherwise recorded
or represented information, image or document storage, including, but not limited to word
processor document resource information (e.g. MS Word, Corel WordPerfect "properties"
tabs) drafts and redlined versions of documents, compound documents (e.g. documents
where the image is one file and the text is in another); e-mail and voice-mail archives;
e-mail and voice-mail messages and back ups; databases; document management
databases; Internet service provider's records, including user account information and
identification of firewalls, caches and cookies; network router traffic indicia; world wide
web pages, including but not limited to HTML, XML, SGML, XGML, VRML, Adobe Acrobat,
Corel Envoy, MIF, RTF, EPS, prepress formats.

21



Certified True and
Correct Copy
CertID: 2022082500033

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

If the Defendant considers any document called for in these Interrogatories to be privileged from production, then the Defendant must include in the answers to these Interrogatories a list of documents withheld from production, identifying each document by date, addressee(s), author, title, and subject matter. In addition, the Defendant should identify those persons who have seen the document or who were sent copies. Finally, the Defendant should state the ground(s) upon which each such document is considered privileged.

(b) "Identify" or "identification," when used in reference to an individual person, means to state his full name, his present address, his present business address, and his present or last known position and business affiliation.

(c) "Describe" or "description,"

 (i)  when used in reference to persons or members of a class, means to identify each individual person or member of a class; and

 (ii)  (ii) when used in reference to a document, means to state the following as to each document:

 (1) the nature and contents thereof;

 (2) the date thereof;

 (3) the date the document was executed if different from the date it bears;

 (4) the name, address, and position of the author or signer thereof;

 (5) the name, address, and position of the addressee, if any;

 (6) the present location thereof and the name, present address, and position of the person or persons having present custody thereof; and

 (7) whether the document has been destroyed and, if so, with regard to such destruction,

 (i) the date thereof;

 (ii) the reason therefore; and

 (iii) the identity of the person or persons who destroyed the document.

(d) "Occurrence" means the vehicular collision involving Freddie L. Dukes and Marc F. Belanger , described with particularity in the Complaint.

## INTERROGATORIES

1. State your full name current place of employment, job title, employment address, of the natural person or person, answering these interrogatories on behalf of defendant.

2. Describe the corporate structure of **Valard Construction, LLC,** including its hierarchical employee structures, their relationship to each other, and their relationship to all parent companies, subsidiaries, and related corporations.

3. Describe the application and hiring process used for Defendant, Valard Construction, LLC, including whether any drug testing, background checks, interviews, driving tests were performed, and the results and findings of each.

4. Describe all company-mandated or legally-mandated education or training requirements for truck drivers and employees in Defendant, Marc F. Belanger's position, and whether Defendant, Marc F. Belanger, fulfilled those requirements.

22



Certified True and
Correct Copy
CertID: 2022082500033

Ja'Koriau Barra

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

5. State whether there exists any protocols, procedures, guidelines, standards, or policy manual(s) to govern or guide your agents, servants and/or employees, such as Defendant, Marc F. Belanger and company dispatchers, in the exercise of their duties in September 3, 2021.

6. If the above Interrogatory is answered in the affirmative, state whether your agents, servants, and/or employees followed these protocols, procedures, guidelines, standards, or policy manual(s) in the exercise of their duties on or about September 8, 2021, and if not, please explain in detail why they were not followed.

7. Identify each manager, supervisor, operator, driver, dispatcher, receptionist, secretary and other employee, agent, and/or servant who was on duty within the 48 hours prior to and after the collision who had any interaction or supervisory responsibilities with Defendant, Marc F. Belanger, indicating the nature of your relationship (i.e. agent, servant, and/or employee) with each such person, job position and duties at the time of the occurrence and at present.

8. Describe the circumstances surrounding all disciplinary proceedings, including verbal warnings, written warnings and other discipline, directed toward Defendant, Marc F. Belanger, since the beginning of his employment. Include the final outcome of all discipline.

9. Identify each person who has given you or your agents, servants and/or employees a signed, written, tape recorded or oral statement concerning the circumstances of this case, including the names, addresses and telephone numbers of each such person.

10. Describe all written and verbal statements given by you, your employees, agents, servants, representatives or witnesses regarding the collision involving Freddie L. Dukes.

11. State the names and addresses of all experts whom you intend to call as witnesses at the trial of this matter. If any have prepared a report of his or her findings, please attach a copy of the report to your answers to these interrogatories. In addition, please state the subject matter upon which each such expert is expected to testify, the substance of the facts and opinions to which each such expert is expected to testify, and provide a summary of the grounds for each opinion.

12. If you have within your control or possession photographs, video, pictures, imaging, plats, diagrams, or drawings of the scene, objects, or persons connected with the occurrence, and/or videotapes regarding any element of Freddie L. Dukes' claims, set forth a description of same and describe the contents of any such item, or the like, the dates created, and the identity of the person or persons creating them; and attach a copy to your answers to Interrogatories.

13. Give a complete statement of the facts as to how you contend that the occurrence took place including the exact location of the occurrence, the direction in which all operators were proceeding, and the speed at which all operators were proceeding.

14. If it is your contention that Freddie L. Duke's injury on September 8, 2021 was caused in whole or in part by some person or persons other than your agents, servants and/or employees, including Freddie L. Duke, please identify each such person and act or omission.

15. Identify all written communications, including internal minutes of all meetings and notes therefrom, subsequent to the occurrence, regarding safety procedures and vehicle operations at Valard Construction, LLC.

16. Please identify all individuals who have or have had any responsibilities, including administrative and investigative, arising out of the occurrence. In connection therewith, please state the name of each and every such individual and set forth their current

23



Certified True and
Correct Copy
CertID: 2022082500033

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

positions with or relationship to Valard Construction, LLC.

17. If a report about this occurrence was made by you or your agent, servant or employee in the ordinary course of business, including, but not limited to, an incident report or quality assurance report, provide the date of each report and identify the person or persons who made each report and the persons who presently have custody of each report.

18. Please state the factual basis for each affirmative and negative defense in your Answer, including any amendments thereto.

19. Identify each and every written instrument upon which a claim or defense is founded.

20. State the substance of all discussions concerning the occurrence that you or your agents, servants and/or employees or others in your presence had with any party to this case. State when and where each discussion took place and identify all persons who were present.

21. Describe in detail any property damage to your vehicle as a result of this collision, as well as the chain of custody of any such property from the time of the collision to the present.

22. For each person identified in your Answers to Interrogatories who at one time was, but no longer is, your agent, servant or employee, please provide the date and reason for termination and a current address (or if a current address is unknown, provide the last known address).

23. Identify every person and their last known address not otherwise identified in your Answers to these Interrogatories, including eyewitnesses to all or part of the occurrence, who has personal knowledge of any facts material to this case and generally describe or summarize these facts each person possesses which are material to this claim.

24. Describe the all equipment on board the truck with vehicle identification number (VIN) 1FVDCXFC7LLB9775 capable of providing tracking and speed information on the vehicle, sending and/or receiving communications (whether by wireless, radio, instant messaging, or other means), and designed to alert the driver of potentially dangerous proximity to outside objects.

25. Describe any and all equipment or tools carried on board the tractor-trailer you were driving on September 8, 2021, including all communications equipment, satellite tracking equipment, safety equipment, proximity alert systems, "black boxes" and guardians, or any other equipment capable of providing tracking and speed information on the vehicle, sending and/or receiving communications (whether by wireless, radio, instant messaging, or other means), and designed to alert the driver of potentially dangerous proximity to outside objects. Please state whether each of the listed equipment was operative and used immediately prior to the collision on September 8, 2021.

26. Describe the course of the truck with vehicle identification number (VIN) 1FVDCXFC7LLB9775 for the 48 hours prior to the collision on September 8, 2021, including city and state of location, whether the vehicle was traveling or stationary, from where the vehicle was proceeding and the vehicle's intended destination.

24

*Ja'Korcia Baena*

Certified True and
Correct Copy
CertID: 2022082500033

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Aug 23, 2022 1:40 PM
Deputy Clerk of Court

C-722585
32

| | |
|---|---|
| **FREDDIE L. DUKES** | **CASE NO:**          **SEC:** |
| | |
| **VERSUS** | **19TH  JUDICIAL DISTRICT COURT** |
| | **PARISH OF     EAST BATON ROUGE** |
| | |
| **MARC F. BELANGER, VALARD CONSTRUCTION, LLC., and LIBERTY MUTUAL INSURANCE COMPANY** | **STATE OF LOUISIANA** |

## REQUEST FOR ADMISSIONS

**TO:    Valard Construction, LLC**
**through their attorney of record:**

Plaintiff, Freddie L. Dukes , in accordance with the provisions of the Louisiana Code of Civil Procedure Article 1466, et seq., requests that the above named defendant admit the truth of the following facts, within fifteen (15) days, after receipt of this request.

1.  Admit that Marc F. Belanger was an employee of Valard Construction, LLC on September 8, 2021.

2.  Admit that Marc F. Belanger was an employee of Valard Construction, LLC on September 8, 2021.

3.  Admit that on September 8, 2021, Marc F. Belanger was working within the scope of his responsibilities for Valard Construction, LLC at the time of the subject collision.

4.  Admit that Marc F. Belanger was involved in a collision with Freddie L. Dukes on September 8, 2021.

5.  Admit that Marc F. Belanger's license required him to wear corrective lenses while driving on September 8, 2021.

6.  Admit that Marc F. Belanger was driving a 2017, Butler, Pole Truck with vehicle identification number (VIN) 1FVDCXFC7LLB9775 .

7.  Admit that Valard Construction, LLC owned and operated the 2017, Butler, Pole Truck with vehicle identification number (VIN) 1FVDCXFC7LLB9775 on September 8, 2021.

25

*Ja'Korica Barra*

Certified True and
Correct Copy
CertID: 2022082500034

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

8.  Admit that the time of the collision, Defendant was traveling southbound on Oak Villa Blvd. in East Baton Rouge Parish, Louisiana.

9.  Admit that immediately prior to the collision, the vehicle driven by Plaintiff was going straight southbound on Oak Villa Blvd. in East Baton Rouge Parish, Louisiana.

10. Admit that immediately prior to the collision, you <<describe the action of defendant Marc F. Belanger.

11. Admit that no other person caused and/or contributed to the collision between Defendant and the vehicle driven by Freddie L. Dukes.

12. Admit that No other person caused and/or contributed to the collision between the vehicle driven by third party and the vehicle driven by plaintiff.

13. Admit that the subject collision was caused by the sole negligence of Marc F. Belanger.

14. Admit that you have no evidence that any act and/or omission of Plaintiff caused or contributed to the subject collision.

15. Admit that you have no evidence that any act and/or omission of the third party stopped behind the plaintiff caused or contributed to the subject collision.

16. Admit that plaintiff was injured as a proximate result of the subject collision.

17. Admit that at the time of the collision, there were no unusual or emergency conditions on the road.

18. Admit that you had a policy of liability insurance with defendant, Liberty Mutual Insurance Company covering the vehicle in which you were driving on September 8, 2021.

Respectfully Submitted:

BY: _____

Lindsey J. Scott- Bar Roll # 25868
Victoria H. Langston- Bar Roll # 39084
632 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 387-2688
Facsimile: (866) 721-4124
Email: info@38scott.com

26

Certified True and
Correct Copy
CertID: 2022082500034

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:133, 133, and/or FRC Rule 3.36(3).

EAST BATON ROUGE PARISH
Filed Aug 23, 2022 1:40 PM
Deputy Clerk of Court

C-722585
32

FREDDIE L. DUKES

CASE NO:                               SEC:

19TH   JUDICIAL DISTRICT COURT

VERSUS

PARISH OF   EAST BATON ROUGE

MARC F. BELANGER, VALARD
CONSTRUCTION, LLC., and
LIBERTY MUTUAL INSURANCE
COMPANY                        STATE OF LOUISIANA

## REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   Valard Construction LLC
through their attorney of record:

Now comes Plaintiff Freddie L. Dukes, pursuant to La. C. C. P. 1461 et seq., and requests that Defendant Valard Construction, LLC produce for inspection and photocopying the following documents within thirty (30) days from the date of service hereof.

"Defendant" means Valard Construction LLC, his employees, agents, or representatives, including attorneys.

For the purpose of this Request for Production of Documents, "document" means the original or a legible copy of all handwritten, typewritten, computer-generated, recorded, graphic, or photographic material of any kind or character, as well as all tapes, discs, computer files, non-duplicate copies and transcripts thereof, now or formerly in the actual or constructive possession, custody, or control of Defendant or of its agents or representatives (including attorneys), and without limiting the generality of the foregoing definition; but for the purpose of illustration only, "document" includes notes, drafts, letters, correspondence, e-mails, telegrams, memoranda, calendars, diaries, records, minutes, contracts, agreements, notations of conversations or conferences, inter-office communications, bulletins, circulars, pamphlets, studies, notices, summaries, reports, books, electronic data processing cards and tapes, teletyped messages, tape recordings, photographs, drawings, graphs, charts, tables, financial statements and records, invoices, work sheets, ledgers, videotapes, and vouchers.

With respect to any document sought by this Request for Production of Documents that is withheld upon a claim of work product or attorney-client privilege, state for each such document:
  (a) The number of the Request to which the document is otherwise responsive;
  (b) Its title and general subject matter;
  (c) Its date;
  (d) The full name, job title, employer, and last known address and phone number of its author;
  (e) The full name, job title, employer, and last known address and phone number of each person for whom it was prepared and/or to whom it was sent;
  (f) The full name, job title, employer, and last known address and phone number of every person who has seen the document;
  (g) The nature of the privilege claimed; and
  (h) The basis for the assertion of privilege.

27


Certified True and
Correct Copy
CertID: 2022082500035

Ja'Korcia Barra

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

With regard to any documents sought by this Request for Production of Documents that has been lost, misplaced, or destroyed, state for each such document:
(a) The number of the Request to which the document is responsive;
(b) Its title and general subject matter;
(c) Its date;
(d) The full name, job title, employer, and last known address and phone number of its author;
(e) The full name, job title, employer, and last known address and phone number of each and every person who had possession, custody, and/or control of the document prior to its being lost, misplaced, or destroyed;
(f) The full name, job title, employer, and last known address and phone number of the person who lost, misplaced, or destroyed the document;
(g) The date the document was lost, misplaced, or destroyed;
(h) The reason the document was lost, misplaced, or destroyed; and
(i) If the document was destroyed pursuant to a destruction of records policy:
    i. Whether the destruction of records policy was written;
    ii. The title and location of the document that contains the destruction of records policy;
    iii. Whether any record exists relating to the destruction of the document at issue; and
    iv. If a record exists relating to the destruction of the document at issue, the title and location of said record.

This Request for Production of Documents is made as a continuing Request. If any document responsive to this Request for Production of Documents comes into the possession, custody, or control of Defendant or any of his employees, agents, or representatives, including attorneys, at any time subsequent to the filing of the Response to this Request; but prior to the trial of this matter, such document should be promptly provided to Plaintiff's attorney.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Any and all documents, bills, statements, correspondence, or records of any description pertaining to occurrence described in the plaintiff's petition/complaint.

2. The entire personnel file of Defendant, Marc F. Belanger, including but not limited to application records, employment history, disciplinary records, promotion records, complaint records, education or training history, drug tests, criminal background checks and any other documents kept in the regular course of business.

3. Any and all contractual or legal agreements between you and Defendant, Marc F. Belanger, pertaining to his current and past employment.

4. Any charts, tables, or other documents detailing the hierarchical and/or organizational structure of Valard Construction, LLC.

5. Any and all documents which comprise, refer to or relate to insurance agreements under which any person carrying on an insurance business might be liable to satisfy all or part of a judgment that may be entered in this action or to indemnify or reimburse you for payments made to satisfy such a judgment, whether primary or excess.

6. Any and all documents, reports, memoranda, notes, recordings or statements of any kind by any person or entity which refer or relate to the vehicular collision described in the complaint/petition.

28


Certified True and
Correct Copy
CertID: 20220625000035

*Ja'Korcia Barra*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
6/25/2022 8:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

7. Any and all time sheets, schedules, or duty rosters by whatever name called for the time period from to July 15, 2021 to present.

8. Any and all documents, forms, check-lists, maintenance logs and equipment manifests created by any person or entity that refers or relates to the vehicle involved in the collision with Freddie L. Dukes, whether such material was created before or after the collision.

9. Any and all photographs, charts, pictures, images, video, diagrams, drawings, descriptions or other documents referring or relating to the vehicle involved in the collision with Freddie L. Dukes.

10. Any and all vehicle manuals, operating manuals, or other instructions or guidelines referring or relating to the operation or use of the tractor-trailer or any equipment located on or in the vehicle involved in the collision with Freddie L. Dukes.

11. Any and all manuals, handbooks, operating guidelines, policies, procedures, pamphlets, memos, or other documents relating to employees, safety or equipment operation in effect at the time of the collision.

12. Any and all maintenance logs or vehicle inspection lists created by Defendant(s) in the two years prior to the collision or occurrence described in the plaintiff's petition/complaint.

13. Any and all documentation, including accident reports, internal or external investigations, or other notes pertaining to automobile accidents involving any vehicle driven by Defendant, Marc F. Belanger, while in your employ for the past ten years.

14. Any and all documentation, including accident reports, internal or external investigations, or other notes pertaining to automobile accidents involving the vehicle with vehicle identification number (VIN) 1FVDCXFC7LLB9775 for the past ten years.

15. Any and all documents memorializing any citations, warnings, or fines issued by any governmental or regulatory body to you or your drivers pertaining to driver operations, automobile regulations, safety, or legal compliance.

16. Any and all licensing applications, approvals, denials, revocations, or other documents referring or relating to Defendant, Marc F. Belanger's authorization to operate a tractor-trailer in any geographic region.

17. Any and all agreements, settlements, or understandings between you or your insurance carrier and any other person who suffered injury or property damage on the same day at the same location as the collision involving Freddie L. Dukes.

18. All documents referred to or used to answer interrogatories.

19. All records of any communications, including transcripts, notes, memoranda, electronic and digital records, between Defendant, Marc F. Belanger, and you (including your agents, servants, employees, and independent contractors) for the 48 hour period before and after the collision on September 8, 2021.

20. All records, including logs, notes, memoranda, electronic and digital records of the geographic position and status (including speed and direction of travel) of the truck driven by Defendant, Marc F. Belanger, for the 48 hours prior to and including the collision on September 8, 2021.

21. All documents detailing the chain of custody of the vehicle with vehicle identification number (VIN) 1FVDCXFC7LLB9775 immediately after the collision on September 8, 2021 to the present.

22. All statements given by Defendant, Marc F. Belanger, and you (including your agents, servants, employees and independent contractors) regarding the collision on September 8, 2021 including but not limited to: statements to the media, statements made in a court of

29

*Ja'Korcia Barra*

Certified True and
Correct Copy
CertID: 2022082500035

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

law or under the penalty of perjury, statements made to any agency or group that investigated the collision (including police, state troopers) and statements made to insurance companies.

23. All vehicle leases, subleases, trip leases, or other leasing or sharing arrangements involving the tractor or trailer (including any container or chassis, if applicable) by Valard Construction, LLC from thirty days prior to the subject collision to thirty days subsequent to the collision.

24. All reports, notes, data, and other documents that comprise an investigation of the cause or circumstances of the September 8, 2021 collision, including technical investigations of the truck with vehicle identification number (VIN) 1FVDCXFC7LLB9775.

25. A copy of each incident/accident report for Defendant, Marc F. Belanger's accidents from ten years prior to the present.

26. All training and education materials relating to Defendants' adherence and implementation of 49 CFR, Part 382, Subparts A-F.

27. All Defendants' policies or customs regarding installation, maintenance, and settings of any governors on the trucks operated by Defendants' drivers including but not limited to Defendant, Marc F. Belanger's truck.

Respectfully Submitted

BY: _____

Lindsey J. Scott- Bar Roll #25868
**Victoria H. Langston- Bar Roll#39084**
632 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-2688
Facsimile: (866) 721-4124

30


Certified True and
Correct Copy
CertID: 2022082500035

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:08 AM

Alteration and subsequent crafting of this certified copy may violate La. R.S. 14:132, 133 and/or RPC Rule 3.3(a)(3).





FIRST CLASS

US POSTAGE AND PITNEY BOWES

$ 087.60⁰

Baton Rouge P&DC 708
WED 31 AUG 2022 PM

**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**

SS151-A

Filed Aug 23, 2022 1:40 PM    32
Deputy Clerk of Court

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Freddie L. Dukes          **vs.**  Marc F. Belanger, Valard Construction,

**Court:** 19th JDC                    **Docket Number:** _____

**Parish of Filing:** East Baton Rouge    **Filing Date:** August 23, 2022

**Name of Lead Petitioner's Attorney:** Lindsey J. Scott

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1          **Number of named defendants:** 3

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- [x] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [ ] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [ ] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [x] General Negligence

- [ ] Auto: Property Damage
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Personal Injury/Death
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [ ] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [ ] Redhibition
- [ ] Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Defendant made a turn in front of the vehicle plaintiff was traveling in.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** Lindsey J. Scott        **Signature** _Lindsey Scott_

**Address** 632 St. Ferdinand Street, Baton Rouge, LA 70802

**Phone number:** (225) 387-2688    **E-mail address:** info@38scott.com


**Certified True and Correct Copy**
CertID: 2023030701263

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:03 PM

**RETURN COPY**



**D9699752**

# CITATION

**FREDDIE L. DUKES**
(Plaintiff)

**VS**

**MARC F. BELANGER, ET AL**
(Defendant)

**NUMBER C-722585 "32"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    **LIBERTY MUTUAL INSURANCE COMPANY
THROUGH LOUISIANA SECRETARY OF STATE**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1.  **21 DAYS** of the date you were served with the petition; **OR**
2.  **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 25, 2022.**



*Ja'Korica Barra*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: LANGSTON, VICTORIA**
*The following documents are attached:

**PETITION, INTERROGATORIES (3) AND REQUEST FOR PRODUCTION (3) , REQUEST FOR ADMISSION (3)**
**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20__ **made service on the named party through the**
**Office of the Secretary of State on**

SERVICE:$_____
MILEAGES$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

**AUG 3 0 2022**

by tendering a copy of this document to:
**JULIE NESBITT**

**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge, LA



**Certified True and
Correct Copy**
CertID: 2023030701265

_____
**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:03 PM

**RETURN COPY**



**D9699786**

## CITATION

FREDDIE L. DUKES
(Plaintiff)

VS

MARC F. BELANGER, ET AL
(Defendant)

NUMBER C-722585  "32"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   VALARD CONSTRUCTION, LLC
      THROUGH ITS AGENT FOR SERVICE : CORPORATION SERVICE COMPANY
      501 LOUISIANA AVE
      BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 25, 2022.**



*Ja'Korica Barra*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: LANGSTON, VICTORIA
*The following documents are attached:

**PETITION, INTERROGATORIES (3) AND REQUEST FOR PRODUCTION (3) , REQUEST FOR ADMISSION (3)**
**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

Made service on the named party through the
CORPORATION SERVICE COMPANY

AUG 2 9 2022

CITATION by tendering a copy of this document to
MELISSA HARDIN

BY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana



**Certified True and
Correct Copy**
CertID: 2023030701266

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:04 PM

**RETURN COPY**



**D9699786**

## CITATION

FREDDIE L. DUKES
(Plaintiff)

VS

MARC F. BELANGER, ET AL
(Defendant)

NUMBER C-722585  "32"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**TO:**   VALARD CONSTRUCTION, LLC
THROUGH ITS AGENT FOR SERVICE : CORPORATION SERVICE COMPANY
501 LOUISIANA AVE
BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on AUGUST 25, 2022.



*Ja'Korica Barra*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: LANGSTON, VICTORIA
*The following documents are attached:

PETITION, INTERROGATORIES (3) AND REQUEST FOR PRODUCTION (3) , REQUEST FOR ADMISSION (3)
SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____, 20____.

| | |
|---|---|
| SERVICE:$_____ | Made service on the named party through the |
| MILEAGE$_____ | CORPORATION SERVICE COMPANY |
| TOTAL:  $_____ | Deputy Sheriff |
| | Parish of East Baton Rouge |

AUG 2 9 2022

CITATION by tendering a copy of this document to
MELISSA HARDIN

DY. M. LOCKWOOD #7803
Deputy Sheriff, Parish of East Baton Rouge, Louisiana



**Certified True and
Correct Copy**
CertID: 2023030701269

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:04 PM

**RETURN COPY**



**D9699786**

## CITATION

FREDDIE L. DUKES
(Plaintiff)

VS

MARC F. BELANGER, ET AL
(Defendant)

NUMBER C-722585  "32"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   VALARD CONSTRUCTION, LLC
      THROUGH ITS AGENT FOR SERVICE : CORPORATION SERVICE COMPANY
      501 LOUISIANA AVE
      BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on AUGUST 25, 2022.



*Ja'Korica Barra*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: LANGSTON, VICTORIA
*The following documents are attached:

**PETITION, INTERROGATORIES (3) AND REQUEST FOR PRODUCTION (3) , REQUEST FOR ADMISSION (3)**
**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, _____20____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

made service on the named party through the
SERVICE:$_____                                 CORPORATION SERVICE COMPANY
MILEAGES$_____                    Deputy Sheriff
TOTAL:  $_____                    Parish of East Baton Rouge
                                                              AUG 2 9 2022
                            CITATION by tendering a copy of this document to
                                                              MELISSA HARDIN

                            DY. M. LOCKWOOD #0803
                            Deputy Sheriff, Parish of East Baton Rouge, Louisiana



**Certified True and
Correct Copy**
CertID: 2023030701285

Doug Welborn
_____
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:05 PM

**RETURN COPY**



D9699752

# CITATION

FREDDIE L. DUKES
(Plaintiff)

VS

MARC F. BELANGER, ET AL
(Defendant)

NUMBER C-722585 "32"

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  LIBERTY MUTUAL INSURANCE COMPANY
      THROUGH LOUISIANA SECRETARY OF STATE

GREETINGS:

   Attached to this citation is a certified copy of a petition or other legal pleading that has been filed
with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was
requested by the filing party.  Please read the petition for information concerning any claims that may have
been asserted against you.

   Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the
petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard,
Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
   1.  **21 DAYS** of the date you were served with the petition; OR
   2.  **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If
       no discovery request was included with your petition, you must instead adhere to the 21-day
       deadline above.)

   If you fail to file an answer or other legal pleading, a default judgment may be rendered against you.
Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of
Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 25, 2022.**



*Ja'Korica Barra*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: LANGSTON, VICTORIA
*The following documents are attached:

PETITION, INTERROGATORIES (3) AND REQUEST FOR PRODUCTION (3) , REQUEST FOR ADMISSION (3)

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as
follows:
PERSONAL SERVICE:  On the party herein named at _____

DOMICILIARY SERVICE:  On the within named _____, by leaving the same at his domicile in this parish in the hands of
_____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone
legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20 made service on the named party through the

SERVICE:$_____
MILEAGE:$_____
TOTAL:   $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

Office of the Secretary of State on

**AUG 3 0 2022**

by tendering a copy of this document to:
JULIE NESBITT

DY. M. LOCKWOOD #0803
Deputy Sheriff, Parish of East Baton Rouge, LA



**Certified True and
Correct Copy**
CertID: 2023030701302

**Doug Welborn**

East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:06 PM

**RETURN COPY**

◄ ● ● ►



D9699752

# CITATION

| | |
|---|---|
| **FREDDIE L. DUKES**<br>(Plaintiff) | **NUMBER C-722585 "32"** |
| | **19TH JUDICIAL DISTRICT COURT** |
| **VS** | |
| | **PARISH OF EAST BATON ROUGE** |
| **MARC F. BELANGER, ET AL**<br>(Defendant) | **STATE OF LOUISIANA** |

**TO:    LIBERTY MUTUAL INSURANCE COMPANY**
**THROUGH LOUISIANA SECRETARY OF STATE**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 25, 2022.**



*Ja'Korica Barra*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: LANGSTON, VICTORIA**
*The following documents are attached:

**PETITION, INTERROGATORIES (3) AND REQUEST FOR PRODUCTION (3) , REQUEST FOR ADMISSION (3)**
**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ , served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20[ made service on the named **party through the**
**Office of the Secretary of State on**

| SERVICE:$_____ | |
|---|---|
| MILEAGES _____ | **AUG 3 0 2022** |
| TOTAL:  $_____ | |

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

by tendering a copy of this document to:
**JULIE NESBITT**

**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge, LA



**Certified True and Correct Copy**
CertID: 2023030701307

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:06 PM

Filed Oct 05, 2022 9:41 AM
Deputy Clerk of Court
File Received Oct 04, 2022 4:26 PM

32

| | |
|---|---|
| **FREDDIE L. DUKES** | **DOCKET NO.: C-722585   SECTION: 32** |
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| **MARC F. BELANGER, VALARD CONSTRUCTION, LLC, and LIBERTY MUTUAL INSURANCE COMPANY** | **PARISH OF EAST BATON ROUGE** |
| | **STATE OF LOUISIANA** |

## DILATORY EXCEPTION OF VAGUENESS

**NOW COMES** defendant, Valard Construction, L.L.C. ("Valard"), which files this Dilatory Exception of Vagueness pursuant to La. Code Civ. Proc. Art. 926(A)(5). Defendant submits that the Petition for Damages filed by plaintiff, Freddie Dukes, is impermissibly vague due to its failure to include a general statement concerning the amount in controversy necessary to determine the right to a jury trial or the lack of jurisdiction of federal courts, as required by La Code. Civ. Proc. Art. 893(A)(1). As such, defendant requests that its Dilatory Exception of Vagueness be granted, and that plaintiff be ordered to amend his petition to cure these deficiencies.

Additionally, defendant, attaches the following exhibit as support:

**Exhibit A:**   Plaintiff's Petition for Damages.

**WHEREFORE**, for the reasons explained more fully in the attached Memorandum in Support, defendant, Valard Construction, L.L.C., respectfully request that this Court grant its Dilatory Exception of Vagueness, and order plaintiff to amend his petition to include a general allegation that the claim exceeds or is less than the amount necessary to establish the right to trial by jury and the lack of jurisdiction of federal courts.

RESPECTFULLY SUBMITTED,

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E: Douglas.Williams@bswllp.com
 Alexa.Candelora@bswllp.com

Douglas K. Williams (#2187)
Alexa Candelora (#39134)
*Attorneys for Valard Construction, L.L.C.*

1

2394667.v1

**Certified True and Correct Copy**
CertID: 2023030701314

Filed Oct 05, 2022 9:41 AM
Deputy Clerk of Court
File Received Oct 04, 2022 4:26 PM
**32**

FREDDIE L. DUKES

VERSUS

MARC F. BELANGER, VALARD
CONSTRUCTION, LLC, and
LIBERTY MUTUAL INSURANCE
COMPANY

DOCKET NO.: C-722585   SECTION: 32

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## RULE TO SHOW CAUSE

Considering the foregoing *Dilatory Exception of Vagueness*:

IT IS HEREBY ORDERED that plaintiff, Freddie Dukes, show cause on the **10** day of **January** **2023**, at **9:00** .m., why the Dilatory Exception of Vagueness filed on behalf of defendant, Valard Construction, L.L.C., should not be granted as prayed for.

**Baton Rouge**, Louisiana, this **12** day of **October**, 2022.



JUDGE, 19TH JUDICIAL DISTRICT COURT
Judge William "Will" Jorden

PLEASE SERVE:

Plaintiff, Freddie Dukes
*through his counsel of record:*
Lindsey J. Scott and Victoria H. Langston
632 St. Ferdinand St.
Baton Rouge, Louisiana, 70802

2

2394667.v1

Certified True and Correct Copy
CertID: 2023030701312

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:08 PM

Filed Oct 05, 2022 9:41 AM
Deputy Clerk of Court
File Received Oct 04, 2022 4:26 PM

32

EAST BATON ROUGE PARISH    C-722585
Filed Aug 23, 2022 1:40 PM           32
Deputy Clerk of Court

FREDDIE L. DUKES

VERSUS

MARC F. BELANGER, VALARD
CONSTRUCTION, LLC., and
LIBERTY MUTUAL INSURANCE
COMPANY

CASE NO:      DIV:

19th    JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## PETITION FOR DAMAGES

The petition of *Freddie L. Dukes*, a resident of the full age of majority and domiciled in the Parish of East Baton Rouge, State of Louisiana (hereinafter called "Plaintiff") respectfully represents:

1.

*Made Defendants herein:*

A. *Marc F. Belanger*, on information and belief is a resident of the full age of majority and domiciled in the city of Calgary, Alberta, Canada.

B. *Valard Construction, LLC*, on information and belief is a foreign corporation authorized to do and doing business in the State of Louisiana, who may be served through its registered agent for service of process, Corporation Service Company.

C. *Liberty Mutual Insurance Company*, on information and belief is a foreign insurance corporation, organized and existing under the law of a state other than Louisiana, authorized to do and doing business in the State of Louisiana, having authorized the Honorable R. Kyle Ardoin, as its agent for service of process.

2.

*Defendants, Marc F. Belanger Jason, Valard Construction and Liberty Mutual Insurance Company*, are justly and truly indebted to the plaintiff for reasonable damages in the premises, with legal interest thereon from date of judicial demand until paid and for all cost, for the following, to -wit:

3.

On or about September 3, 2021, a vehicle in which the *plaintiff, Freddie L. Dukes*, was a driver, and a vehicle being driven by *defendant, Marc F. Belanger*, were involved in an automobile accident on Oak Villa Blvd., in Baton Rouge, Louisiana.



**EXHIBIT**
**A**

Certified True and
Correct Copy
CertID: 2022082500027

*Ja'Korica Burns*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.5(a)(3).



Certified True and
Correct Copy
CertID: 2023030701308

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:06 PM

4.

*Plaintiff, Freddie L. Dukes* was the driver in a vehicle traveling southbound on Oak Villa Blvd., when a truck being driven by the *defendant, Marc F. Belanger* attempted a turning maneuver in front of *plaintiff, Freddie L. Dukes*. *Defendant, Marc F. Belanger,* was driving a truck with metal poles situated on the flatbed of the truck. *Defendant, Marc F. Belanger,* began making a wide right turn into the parking lot of his destination, from Oak Villa Blvd. As *defendant, Marc F. Belanger,* attempted the turn, the metal poles from *defendant, Marc F. Belanger's* truck collided with the vehicle being driven by *plaintiff, Freddie L. Dukes.*

5.

Said accident was due solely to the negligence of *defendant, Marc F. Bellanger,* which negligence consisted particularly, but not absolutely of the following ostensible acts of negligence, to-wit:

    A.    **Failing to obey the traffic rules, signs, regulations, ordinances and laws in full force and in effect at the time and place of the accident;**

    B.    **Failing to maintain a proper outlook and to see that which he should have seen and to act prudently and diligently after seeing that which he did see, and;**

    C.    **Failing to operate his vehicle in a safe and reasonable manner;**

    D.    **Failing to take all precautions to avoid this casualty.**

6.

*Plaintiff, Freddie L. Dukes,* alleges that as a result of the negligence of *defendant, Marc F. Belanger,* he has sustained injuries. Plaintiff received medical treatment for the injuries sustained and incurred numerous medical bills incidental thereto. Plaintiff contends that all defendants are indebted unto him for reasonable damages in the premises in connection with injuries and past and present medical expenses.

7.

Based upon information and belief, that *defendant, Marc F. Belanger* was in the course and scope of his employment with *defendant, Valard Construction, LLC.* *Valard Construction, LLC* is vicariously liable to plaintiff under the doctrine of *Respondeat Superior.*



Certified True and
Correct Copy
CertID: 2022062500027

*Ja'Korlea Barra*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM



**Certified True and
Correct Copy**
CertID: 2023030701308

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:06 PM

8.

Based upon information and belief, there existed a policy of liability insurance with *Liberty Mutual Insurance Company* covering the vehicle operated by *defendant, Marc F. Belanger* on behalf of *defendant, Valard Construction, LLC* for the types of injuries complained of herein.

9.

*Plaintiff* desires to have this Honorable Court fix the fees of each and every expert witness which plaintiff may be required to use to establish his cause of action and to tax same as cost of court.

10.

Plaintiff avers amicable demand to no avail.

*WHEREFORE, plaintiff, Freddie L. Dukes*, prays that *defendants, Marc F. Belanger, Valard Construction, LLC and Liberty Mutual Insurance Company* be duly cited to appear and answer this petition in the manner prescribed by law and as the law directs; that after all legal delays and due proceedings had, there be judgment herein in favor of the plaintiff and against the defendants, individually and in solido for reasonable damages in the premises, with legal interest thereon from date of judicial demand until paid, and for all costs of court.

And for all general and equitable relief in the premises.

Respectfully Submitted:
Lindsey Scott Law Firm

BY: _____

Lindsey J. Scott- Bar Roll #25868
**Victoria H. Langston- Bar Roll #39084**
632 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-2688
Facsimile: (866) 721-4124
Email: info@3Bscott.com

**PLEASE SERVE:**

Marc F. Belanger
*Through Long Arm Service:*
184 Harvest Hills Dr. NE
Calgary, AB
Canada


Certified True and
Correct Copy
CertID: 2022082500027

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Certified True and
Correct Copy**
CertID: 2023030701308

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:06 PM

**Valard Construction, LLC**
*Through its Agent of Service:*
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

**Liberty Mutual Insurance Company**
*Through its Agent of Service:*
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809



**Certified True and Correct Copy**
CertID: 2022082500027

Ja'Korica Barra

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/25/2022 8:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



**Certified True and Correct Copy**
CertID: 2023030701308

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:06 PM

Filed Oct 05, 2022 9:41 AM
Deputy Clerk of Court
File Received Oct 04, 2022 4:26 PM

32

| FREDDIE L. DUKES | DOCKET NO.: C-722585   SECTION: 32 |
|---|---|
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| MARC F. BELANGER, VALARD CONSTRUCTION, LLC, and LIBERTY MUTUAL INSURANCE COMPANY | **PARISH OF EAST BATON ROUGE**  **STATE OF LOUISIANA** |

## MEMORANDUM IN SUPPORT OF DILATORY EXCEPTION OF VAGUENESS

**MAY IT PLEASE THE COURT:**

Defendant, Valard Construction, L.L.C. ("Valard") submits this Memorandum in Support of its Dilatory Exception of Vagueness:

### I.    BACKGROUND

On August 23, 2022, plaintiff filed a Petition for Damages arising out of an accident that occurred on September 3, 2021. (See Exhibit A, Para. 3). However, the petition does not contain any reference to a general amount in controversy, specifically whether the amount in controversy is sufficient to establish the right to a jury trial or the lack of jurisdiction of federal courts. (See generally Exhibit A). As such, the petition is insufficient as it does not meet the pleading requirements as set forth in La. Code Civ. Proc. Art. 893. Therefore, defendant respectfully requests that its Dilatory Exception of Vagueness be granted, and that plaintiff be ordered to amend his petition to comply with the requirements of La. Code Civ. Proc. Art. 893(A)(1).

### II.    LAW AND ARGUMENT

The purpose of the dilatory exception of vagueness is to place a defendant on notice of the nature of the facts sought to be established, thereby enabling the defendant to identify the cause of action and prevent its future re-litigation after a judgment is obtained. *Southeastern Louisiana University v. Cook*, 12-021 (La. App. 1 Cir. 9/21/12), 104 So.3d 124, 128. A petition must fairly inform the defendant of the nature of the cause of action and include sufficient particulars for the defendant to be able to prepare a defense. *Id.*; *Smart v. Gold, Weems, Bruser, Sues & Rundell*, 06-1414 (La. App. 3 Cir. 4/4/07), 955 So.2d 263, 267.

La. Code Civ. Proc. Art. 893(A)(1) provides, in pertinent part:

A. (1) No specific monetary amount of damages shall be included in the allegations or prayer for relief of any original, amended, or incidental demand. The prayer for relief shall be for such damages as are reasonable in the premises <u>except that if a specific amount of damages is necessary to establish the jurisdiction of the court, the right to a jury trial, the lack of jurisdiction of federal courts due to insufficiency of damages, or for other purposes, a general allegation that the claim exceeds or is less than the requisite amount is required.</u> (Emphasis added).

3

2394667.v1



**Certified True and Correct Copy**
CertID: 2022030701309

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:08 PM

This provision demonstrates that a plaintiff is required to plead a general allegation concerning whether the amount in controversy exceeds or is less than the requisite amount to establish the right to a jury trial and the lack of jurisdiction of federal courts. Plaintiff's petition contains no reference to a general amount in controversy, as it merely contains an allegation that, "as a result of the negligence of defendant, Marc F. Belanger, [plaintiff] has sustained injuries. Plaintiff received medical treatment for the injuries sustained and incurred numerous medical bills incidental thereto." (See Exhibit A, Para. 6). Thus, plaintiff contends that, "all defendants are indebted unto him for reasonable damages in the premises in connection with injuries and past and present medical expenses." *Id.* Moreover, plaintiff's prayer merely states that a judgment should be entered in plaintiff's favor against defendants for "reasonable damages in the premises, with legal interest thereon from the date of judicial demand until paid, and for all costs of court." (See Exhibit A). These statements are simply insufficient to meet the pleading requirements of La. Code Civ. Proc. Art. 893(A)(1).

Because plaintiff has failed to include a general allegation concerning the amount in controversy in this matter, his petition is impermissibly vague, and defendant is unable to sufficiently prepare its defense. Specifically, defendant is unable to determine whether it is entitled to a jury at the trial of this matter based on the $10,000 threshold provided in La. Code Civ. Proc. Art. 1732(A)(1), or whether it has grounds for removal of this case to federal court based on diversity jurisdiction. As such, defendant submits that its Dilatory Exception of Vagueness should be granted, and that plaintiff should be ordered to amend his petition to include a general allegation that the claim exceeds or is less than the amount necessary to establish the right to a trial by jury and the lack of jurisdiction of federal courts.

## III.    CONCLUSION

La. Code Civ. Proc. Art. 893 requires plaintiff to include a provision in his petition for damages concerning whether the amount in controversy in this case exceeds or is less than the amount required to establish the right to a trial by jury and the lack of jurisdiction of federal courts. Because plaintiff failed to include such provision, his petition is impermissibly vague, as it prevents defendant from being able to sufficiently prepare its defense. Thus, defendant asserts that its Dilatory Exception of Vagueness should be granted, and that plaintiff should be ordered to amend his petition to meet the requirements of La. Code Civ. Proc. Art. 893(A)(1).

4

**Certified True and Correct Copy**
CertID: 2023030701309

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:08 PM

**WHEREFORE**, for the reasons explained herein, defendant, Valard Construction, L.L.C., respectfully request that this Court grant its Dilatory Exception of Vagueness, and order plaintiff to amend his petition to include a general allegation that the claim exceeds or is less than the amount necessary to establish the right to a trial by jury and the lack of jurisdiction of federal courts.

RESPECTFULLY SUBMITTED,

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E: Douglas.Williams@bswllp.com
   Alexa.Candelora@bswllp.com

Douglas K. Williams (#2187)
Alexa Candelora (#39134)
*Attorneys for Valard Construction, L.L.C.*

5

2394667.v1

**Certified True and Correct Copy**
CertID: 2023030701309

FREDDIE L. DUKES

VERSUS

MARC F. BELANGER, VALARD
CONSTRUCTION, LLC, and
LIBERTY MUTUAL INSURANCE
COMPANY

DOCKET NO.: C-722585   SECTION: 32

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Dialtory Exception of Vagueness and Memorandum in Support* have been sent this date via email, facsimile and/or by placing same in the U.S. Mail, postage prepaid and properly addressed, to all known counsel of record, as follows:

Lindsey J. Scott and Victoria H. Langston
632 Ferdinand St.
Baton Rouge, LA 70802
E: info@38scott.com

Baton Rouge, Louisiana, this 4 day of October , 2022.

Douglas K. Williams
Alexa Candelora

6

2394667.v1


**Certified True and
Correct Copy**
CertID: 2023030701309

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:08 PM

**RETURN COPY**



**D10083871**

## RULE NISI

**FREDDIE L. DUKES**
(Plaintiff)

**NUMBER C-722585 32**

**19th JUDICIAL DISTRICT COURT**

**VS**

**PARISH OF EAST BATON ROUGE**

**MARC F. BELANGER, ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:    **FREDDIE L. DUKES**
       **THROUGH HIS COUNSEL OF RECORD**
       **LINDSEY J SCOTT AND VICTORIA H LANGSTON**
       **632 ST FERDINAND ST**
       **BATON ROUGE, LA 70802**

    The Mover in this case filed a **DILATORY EXCEPTION OF VAGUENESS.** Certified copies and the Court's Order are attached.

    You **MUST** come to Court **at 09:00 AM on 01/10/2023** in Room **10C,** 300 North Boulevard, Baton Rouge, Louisiana, and show cause why:

**\* \* \* \* SEE ATTACHED ORDER \* \* \* \* \*.**

    This Rule was issued by the Clerk of Court for East Baton Rouge Parish on **OCTOBER 21, 2022.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: CANDELORA, ALEXA

---

**SERVICE INFORMATION:**

Received on the ___ day of _October_, 20__ and the ___ day of _October_, 20__, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _602 St. Ferdinand St_

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _21_ day of _October_, 20__

                       **DY. L. EALY   #1002**

SERVICE:    $_____
MILEAGE:    $_____                 *Deputy Sheriff*
TOTAL:      $_____                 *Served: Elizabeth*

**RULE NISI –2027**



**Certified True and Correct Copy**
CertID: 2023030701316

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:09 PM

·RECEIVED
DATE

OCT 2 5 2022

E.B.R. Sheriff Office

**Certified True and
Correct Copy**
CertID: 2023030701316

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:09 PM

RETURN COPY



D10083871

## RULE NISI

**FREDDIE L. DUKES**
(Plaintiff)

**VS**

**MARC F. BELANGER, ET AL**
(Defendant)

**NUMBER C-722585 32**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    FREDDIE L. DUKES
       THROUGH HIS COUNSEL OF RECORD
       LINDSEY J SCOTT AND VICTORIA H LANGSTON
       632 ST FERDINAND ST
       BATON ROUGE, LA 70802

The Mover in this case filed a **DILATORY EXCEPTION OF VAGUENESS**. Certified copies and the Court's Order are attached.

You **MUST** come to Court at **09:00 AM** on **01/10/2023** in Room **10C**, 300 North Boulevard, Baton Rouge, Louisiana, and show cause why:

* * * * * **SEE ATTACHED ORDER** * * * * *.

This Rule was issued by the Clerk of Court for East Baton Rouge Parish on **OCTOBER 21, 2022.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: CANDELORA, ALEXA

---

**SERVICE INFORMATION:**

Received on the _27_ day of _October_, 20_22_ and on the _27_ day of _October_, 20_22_, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _632 St. Ferdinand St_

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _27_ day of _October_, 20_22_.

DY. L. EALY #1202

SERVICE:    $_____
MILEAGE    $_____
TOTAL:      $_____

Deputy Sheriff _Sennedi Elizabeth_

**RULE NISI –2027**

---



**Certified True and Correct Copy**
CertID: 2023030701317

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:10 PM

RECEIVED
DATE

OCT 2 5 2022

E.B.R. Sheriff Office


**Certified True and
Correct Copy**
CertID: 2023030701317

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:10 PM

**RETURN COPY**



**D10083871**

# RULE NISI

**FREDDIE L. DUKES**
(Plaintiff)

**NUMBER C-722585 32**

**19th JUDICIAL DISTRICT COURT**

**VS**

**PARISH OF EAST BATON ROUGE**

**MARC F. BELANGER, ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:    **FREDDIE L. DUKES**
       **THROUGH HIS COUNSEL OF RECORD**
       **LINDSEY J SCOTT AND VICTORIA H LANGSTON**
       **632 ST FERDINAND ST**
       **BATON ROUGE, LA 70802**

        The Mover in this case filed a **DILATORY EXCEPTION OF VAGUENESS**. Certified copies and the Court's Order are attached.

        You **MUST** come to Court at **09:00 AM** on **01/10/2023** in Room **10C**, 300 North Boulevard, Baton Rouge, Louisiana, and show cause why:

        **\* \* \* \* \* SEE ATTACHED ORDER \* \* \* \* \*.**

        This Rule was issued by the Clerk of Court for East Baton Rouge Parish on **OCTOBER 21, 2022.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: CANDELORA, ALEXA

---

**SERVICE INFORMATION:**

Received on the ___ day of _October_, 20__ and on the ___ day of _October_, 20__, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ___ day of _October_, 20__

SERVICE:   $_____       DY. L. EALY #1002
MILEAGE:   $_____       _____
TOTAL:     $_____       Deputy Sheriff

**RULE NISI –2027**

---



**Certified True and Correct Copy**
CertID: 2023030701318

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:10 PM

RECEIVED
DATE

OCT 2 5 2022

E.B.R. Sheriff Office


**Certified True and
Correct Copy**
CertID: 2023030701318

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:10 PM

Filed Jan 10, 2023 10:50 AM
Deputy Clerk of Court
File Received Jan 10, 2023 7:58 AM

32

| FREDDIE L. DUKES | DOCKET NO.: C-722585   SECTION: 32 |
|---|---|
| **VERSUS** | **19TH JUDICIAL DISTRICT COURT** |
| MARC F. BELANGER, VALARD CONSTRUCTION, LLC, and LIBERTY MUTUAL INSURANCE COMPANY | **PARISH OF EAST BATON ROUGE**<br>**STATE OF LOUISIANA** |

## CONSENT JUDGMENT ON EXCEPTION OF VAGUENESS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Freddie L. Dukes, and defendant, Valard Construction, L.L.C. ("Valard"), who respectfully represent that these parties have agreed to enter into this Consent Judgment with regard to the Exception of Vagueness filed on behalf of Valard:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Exception of Vagueness filed by defendant, Valard Construction, L.L.C., is hereby **SUSTAINED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff amend his Petition for Damages within fifteen (15) days of the signing of this judgment to include a general allegation that the claim exceeds or is less than the amount necessary to establish the right to a trial by jury and to establish the jurisdiction of federal courts.

Judgment read, rendered, and signed this **23** day of **January**, 2023 in Baton Rouge, Louisiana.

_____
**JUDGE, 19TH JUDICIAL DISTRICT COURT**
Judge William "Will" Jorden

| **LINDSEY SCOTT LAW FIRM**<br>632 St. Ferdinand Street<br>Baton Rouge, Louisiana 70802<br>Telephone: (225) 387-2688<br>Facsimile (866) 721-4124<br>E: info@38scott.com | **BREAZEALE, SACHSE & WILSON, L.L.P.**<br>One American Place, 23rd Floor<br>Post Office Box 3197<br>Baton Rouge, Louisiana 70821-3197<br>Telephone: 225-387-4000<br>Fax: 225-381-8029<br>E: Douglas.Williams@bswllp.com<br>E: Alexa.Candelora@bswllp.com |
|---|---|
| _/s/ Lindsay J. Scott_<br>Lindsay J. Scott (#25868)<br>*Attorney for Plaintiff* | _/s/ Alexa Candelora_<br>Douglas K. Williams (#2187)<br>Alexa Candelora (#39134)<br>*Attorneys for Valard Construction, L.L.C.* |

**Please send notice of signing of this judgment to all parties.**

I HEREBY CERTIFY THAT ON THIS DAY A COPY OF THE WRITTEN REASONS FOR JUDGMENT / JUDGMENT / ORDER / COMMISSIONER'S RECOMMENDATION WAS MAILED BY ME WITH SUFFICIENT POSTAGE AFFIXED.
SEE ATTACHED LETTER FOR LIST OF RECIPIENTS.

DONE AND MAILED ON January 27, 2023

_____
DEPUTY CLERK OF COURT

1


**Certified True and Correct Copy**
CertID: 2023030701319

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:11 PM

EAST BATON ROUGE PARISH
Filed Jan 12, 2023 11:31 AM
Deputy Clerk of Court

C-722585
32



**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

ALEXA N. CANDELORA
Associate
Alexa.Candelora@bswllp.com

DIRECT DIAL: 225-381-8004
CORPORATE PHONE: 225-387-4000
FAX: 225-381-8029
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197

www.bswllp.com

January 10, 2023

Judge William Jorden                    VIA FAX AND EMAIL: (225) 389-8616
19th Judicial District Court, EBR Parish        mbarnardez@19thjdc.org
300 North Boulevard                     ccpaulin@19thjdc.org
Baton Rouge, Louisiana 70801

          RE:    Freddie L. Dukes v. Marc F. Belanger, et al
                 Docket No. 722585, Sec. 32, 19th JDC, Parish of East Baton Rouge, State of LA
                 BS&W File No.: 10488-12

Dear Judge Jorden:

          On October 5, 2022, a Dilatory Exception of Vagueness was filed on behalf of the
defendant, Valard Construction, LLC, in the referenced matter, which is currently set for hearing
on Tuesday, January 10, 2023. At this time, we would respectfully request that the hearing be
passed without date.

          Thank you, and please let me know if you need any additional information.

                              Sincerely,

                              **BREAZEALE, SACHSE & WILSON, L.L.P.**

                              /s/ Alexa Candelora
                              Alexa Candelora

ANC/bkg

cc:    Lindsey J. Scott (via e-mail – ljlscott@38scott.com)



RECEIVED
JAN 10 2023
BY

B A T O N   R O U G E   ■   N E W   O R L E A N S   ■   M O N R O E

2446254.v1

Certified True and
Correct Copy
CertID: 2023030701321

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:11 PM

Filed Feb 07, 2023 4:18 PM   32
Deputy Clerk of Court

| FREDDIE L. DUKES | CASE NO: 722585   DIV: 32 |
|---|---|
| | 19th JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF EAST BATON ROUGE |
| MARC F. BELANGER, VALARD CONSTRUCTION, LLC., and LIBERTY MUTUAL INSURANCE COMPANY | STATE OF LOUISIANA |

## MOTION FOR LEAVE OF COURT TO AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Freddie L. Dukes, a resident of the full age of majority and domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully requests leave of court to amend his original petition as follows:

*Plaintiff, Freddie L. Dukes, amends paragraph 1 of the original petition to read as follows:*

1.

*Made Defendants herein:*

A. **Marc F. Belanger**, on information and belief is a resident of the full age of majority and domiciled in the city of Calgary, Alberta, Canada.

B. **Valard Construction, LLC**, on information and belief is a foreign corporation authorized to do and doing business in the State of Louisiana, who may be served through its registered agent for service of process, Corporation Service Company.

C. **Old Republic Insurance Company**, on information and belief is a foreign insurance corporation, organized and existing under the law of a state other than Louisiana, authorized to do and doing business in the State of Louisiana, having authorized the Honorable R. Kyle Ardoin, as its agent for service of process.

*Plaintiff, Freddie L. Dukes, amends paragraph 2 of the original petition to read as follows:*

2.

**Defendants, Marc F. Belanger Jason, Valard Construction and Old Republic Insurance Company**, are justly and truly indebted to the plaintiff for reasonable damages in the premises, with legal interest thereon from date of judicial demand until paid and for all cost, for the following, to -wit:

1

 **Certified True and Correct Copy**
CertID: 2023030701322

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:12 PM

*The allegations as to paragraphs 3-7 are reiterated as follows:*

3.

On or about September 3, 2021, a vehicle in which the **plaintiff, Freddie L. Dukes,** was a driver, and a vehicle being driven by **defendant, Marc F. Belanger,** were involved in an automobile accident on Oak Villa Blvd., in Baton Rouge, Louisiana.

4.

**Plaintiff, Freddie L. Dukes** was the driver in a vehicle traveling southbound on Oak Villa Blvd., when a truck being driven by the **defendant, Marc F. Belanger** attempted a turning maneuver in front of **plaintiff, Freddie L. Dukes. Defendant, Marc F. Belanger,** was driving a truck with metal poles situated on the flatbed of the truck. **Defendant, Marc F. Belanger,** began making a wide right turn into the parking lot of his destination, from Oak Villa Blvd. As **defendant, Marc F. Belanger,** attempted the turn, the metal poles from **defendant, Marc F. Belanger's** truck collided with the vehicle being driven by **plaintiff, Freddie L. Dukes.**

5.

Said accident was due solely to the negligence of **defendant, Marc F. Bellanger,** which negligence consisted particularly, but not absolutely of the following ostensible acts of negligence, to-wit:

    A.    **Failing to obey the traffic rules, signs, regulations, ordinances and laws in full force and in effect at the time and place of the accident;**

    B.    **Failing to maintain a proper outlook and to see that which he should have seen and to act prudently and diligently after seeing that which he did see, and;**

    C.    **Failing to operate his vehicle in a safe and reasonable manner;**

    D.    **Failing to take all precautions to avoid this casualty.**

6.

**Plaintiff, Freddie L. Dukes,** alleges that as a result of the negligence of **defendant, Marc F. Belanger,** he has sustained injuries. Plaintiff received medical treatment for the injuries sustained and incurred numerous medical bills incidental thereto. Plaintiff contends that all defendants are indebted unto him for reasonable damages in the premises in connection with injuries and past and present medical expenses. Based upon information and belief, this case exceeds the requisite amount for jury demand and the lack of jurisdiction for federal courts.

2

**Certified True and Correct Copy**
CertID: 2023030701322

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:12 PM

7.

Based upon information and belief, that **defendant, Marc F. Belanger** was in the course and scope of his employment with **defendant, Valard Construction, LLC.** Valard Construction, LLC is vicariously liable to plaintiff under the doctrine of *Respondeat Superior.*

*Plaintiff, Freddie L. Dukes, amends paragraph 8 of the original petition to read as follows:*

8.

Based upon information and belief, there existed a policy of liability insurance with **Old Republic Insurance Company** covering the vehicle operated by **defendant, Marc F. Belanger** on behalf of **defendant, Valard Construction, LLC** for the types of injuries complained of herein.

*The allegation as to paragraph 9 is reiterated as follows:*

9.

**Plaintiff, Freddie L. Dukes** desires to have this Honorable Court fix the fees of each and every expert witness which plaintiff may be required to use to establish his cause of action and to tax same as cost of court.

*Plaintiff, Freddie L. Dukes, amends paragraph 10 of the original petition to read as follows:*

10.

Plaintiff avers amicable demand to no avail.

**WHEREFORE,** plaintiff, **Freddie L. Dukes,** prays that **defendants, Marc F. Belanger, Valard Construction, LLC and Old Republic Insurance Company** be duly cited to appear and answer this petition in the manner prescribed by law and as the law directs; that after all legal delays and due proceedings had, there be judgment herein in favor of the plaintiff and against the defendants, individually and in solido for reasonable damages in the premises, with legal interest thereon from date of judicial demand until paid, and for all costs of court.

And for all general and equitable relief in the premises.

3

**Certified True and Correct Copy**
CertID: 2023030701322

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:12 PM

Respectfully Submitted:
Lindsey Scott Law Firm

By:_____
Lindsey J. Scott- Bar Roll #25868
**Victoria H. Langston- Bar Roll #39084**
632 St. Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 387-2688
Facsimile: (866) 721-4124
Email: info@38scott.com

4

**Certified True and
Correct Copy**
CertID: 2023030701322

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
3/7/2023 4:12 PM